# EXHIBIT C

# Registration Guide

**The 2025 ASHP Match**

---

## ① Start the Registration Process

The online registration process **must be completed by the Residency Program Director**.

1. **Use the link in the registration email to start the registration process**.
   Each residency is provided with a unique registration link. Program Directors responsible for more than one residency will receive separate emails for each residency and must use the unique link provided in each email to register that residency.

   If you have not received a personalized email to register your residency for the Match by August 20, 2024, please contact NMS (../contact.html).

   Residencies do not pay a fee to register for the Match.

2. **If your residency will not be offering any programs or positions beginning in 2025**, do not complete the registration process; instead, use the appropriate link provided in the registration email sent to your residency to indicate that it will not be participating in the 2025 Match.

## ② Set Up Your Account

Account information is not carried over from previous years. Each Program Director will need to set up a new account in the NMS Match System for the 2025 Match.

1. **Enter the email address of the Residency Program Director.**
   The email address you enter will uniquely identify your account and will be your username for the NMS Match System.

   - If you are responsible for more than one residency, you can use the same account (email and password) for all your residencies.

   - If the email address entered is different from the one pre populated on the screen, or if an account already exists with that email address, you will need to follow the onscreen prompts to confirm ownership of the email address.

   ---

   <u>What if I want Match communications sent to a different contact?</u>

   ---

   Once registered, the Program Director can <u>setup secondary user accounts (account_guide.html#users)</u> for residency staff from the Account page in the NMS Match System. Secondary users are provided with limited permissions. They can view, manage, and change all residency information and are copied on relevant emails (e.g., confirmations, reminders, etc.) sent to the Program Director, but they can not add or manage other users.

2. **Provide a password and complete the security questions for your account**.

Once your account has been created, you can log into the NMS Match System. If you quit the registration process before it is completed, you can log in at another time and complete the process.

PLEASE NOTE: To ensure emails from NMS are not inadvertently directed to your "Spam" or "Junk Mail" folder, please ensure all <u>NMS emails and/or IPs (../contact.html)</u> are included on your Allow List.

# ③ Submit Residency and Program Information

The **Residency and Program Information page** is where you provide information about your residency and the programs that will be offered in the ASHP Match.

If your residency participated in the 2024 Match, information is pre populated based on information from the 2024 Match. Please review the pre populated program information carefully. You may make changes to this pre populated information as described below.

## 1. Residency Information

### Type of Residency

For purposes of the Match, each residency is assigned a residency type that reflects the ASHP standard under which it is accredited, or will be accredited at the time of its next review. If the residency type shown in the system for your residency is incorrect, or if you have any questions concerning the type of your residency, please contact NMS before completing the registration process. You cannot change the type of residency in the NMS Match System. All programs or tracks registered in the Match for this residency must be the same residency type.

### Contact Information

If any of the information is incorrect or missing, please update that information accordingly. Please ensure that the residency name displayed in the NMS Match System corresponds to the residency name shown in the online ASHP Directory, to avoid confusing applicants. You cannot change the residency display name in the NMS Match System; if the display name needs to change, contact NMS.

### Application Deadline Date

You must provide the application deadline date for your residency. The application deadline date you enter must be after January 2, 2025 and before the Phase I Rank Order List deadline (March 7, 2025). The application deadline date entered when you register will be transferred into the PhORCAS system automatically.

2. **Program Information**

**Program Description**

Each program or track offered by your residency in the Match must have a program description that indicates the type of residency i.e., PGY1 or PGY2 and area of specialization if appropriate. Program descriptions can be a maximum of 50 characters including spaces between words.

Most residencies provide only one form of training or "track". However, some residencies offer more than one form of training to applicants (e.g., training at different sites or locations associated with a PGY1 community based program, a regular PGY1 track separate from a PGY1 track offered specifically for non traditional or international candidates, a regular PGY1 track separate from a PGY1 track with a focus on a particular area such as ambulatory care, etc.). In most cases, residencies that offer more than one track should differentiate these tracks for the purposes of the Match by registering each track as a separate program in the Match.

Each program offered by a residency is identified in the NMS Match System and PhORCAS by the residency display name and a program description. ASHP has developed the following guidelines for determining an appropriate program description for each program.

## General Guidelines

- All program descriptions must start with the residency type under which the program is or will be accredited (e.g., PGY1, PGY1&2 Health Systems Admin & Leadership/Masters, PGY2 Ambulatory Care, etc.). For most programs, the program description will consist of only the program type.
- Information that describes the program, such as setting, location, emphasis areas, or characteristics, should be provided in the ASHP Directory.
- Program descriptions may have an additional label added after the program type only if necessary to ensure that the combination of residency display name and program description uniquely identifies each program to applicants in the Match and PhORCAS. Acceptable program descriptions and labels are listed below.
- Program descriptions in the NMS Match System (including any label) are limited to 50 characters.

## Multi-Site Residencies

Residencies offering programs at different locations should add the location of the program as a label on the program description:

| NMS Code | Organization | Program Description |
|---|---|---|

| 410315 | NMS College of Pharmacy | PGY1  Community  ABC Pharmacy Jacksonville |
| 410321 | NMS College of Pharmacy | PGY1  Community Walgreens Gainesville |
| 410322 | NMS College of Pharmacy | PGY1  Community  Kroger Orlando |

Note: PGY1 Community residencies are limited to offering a maximum of 5 different sites. If your residency wishes to offer programs at more than 5 training sites, contact ASHP (mailto:asd@ashp.org).

## Multiple Track Residencies

Residencies that offer different programs or tracks that segment their applicant pool into different groups, or that reflect different training experiences, can add a label on the program description.

**Non-Traditional Program:** Examples of acceptable program descriptions and labels:

| NMS Code | Organization | Program Description |
| --- | --- | --- |
| 410513 | NMS Pharmacy | PGY1  Traditional |
| 410521 | NMS Pharmacy | PGY1  Non Traditional |

**International Applicants:** Examples of acceptable program descriptions and labels:

| NMS Code | Organization | Program Description |
| --- | --- | --- |
| 410713 | NMS Health | PGY1  U.S. |

| 410721 | NMS Health | PGY1 | International |

**Training Experiences:** Labels may be added to the program descriptions to identify differences in terms of the electives offered in each track (do not use "emphasis" or "focus"). If one track offers a broader experience, that track should be distinguished from other tracks by the label "Traditional". Acceptable track labels are:

- Traditional
- Ambulatory Care Electives
- Acute Care Electives
- Adult Electives
- Pediatric Electives
- Mental Health Electives (avoid "Psychiatric")
- Public Health Electives
- Academic Electives
- Geriatric Electives
- Transitions of Care Electives
- Informatics Electives

| NMS Code | Organization | Program Description |
| --- | --- | --- |
| 410913 | NMS University | PGY1 Traditional |
| 410921 | NMS University | PGY1 Geriatric Electives |
| 410922 | NMS University | PGY1 Ambulatory Care Electives |

## Organization Offering Separately Accredited Residencies of the Same Type

Organizations that offer two separately accredited residencies of the same type (i.e., two different 5 digit ASHP codes), can add a label on the program description to distinguish the programs. For example:

| NMS Code | Organization | Program Description |
|---|---|---|
| 411413 | NMS Medical Center | PGY1 Acute Care Setting |
| 422313 | NMS Medical Center | PGY1 Ambulatory Care Setting |

## Exception

If your program or track does not fit into these guidelines, contact ASHP (mailto:asd@ashp.org) to discuss your situation.

<u>Should I register multiple programs for my residency?</u>

**One Form of Training**

If your residency offers only one form of training, or if it is not desirable for applicants to be able to rank your residency's tracks separately in the Match, then your residency should offer only one program in the Match.

**Multiple Forms of Training**

Offering multiple programs will permit your applicants to rank each of your residency's tracks separately in the Match, and enable you to rank specific applicants for each track offered by your residency. Each registered program will be identified by a unique 6 digit Match Code Number and must have a unique and clearly distinguished description that is different from any other program offered by your residency.

For example, if your residency is a PGY1 Pharmacy residency that offers more than one program in the Match, then none of the program descriptions should be simply PGY1 or PGY1 Pharmacy. Each program description must start with PGY1, but should include additional information to distinguish that program from the other program(s) offered by your residency (e.g., location, specialization focus, etc.).

Please note that any program description you enter or modify must still indicate the type of residency (abbreviated if necessary) as the first part of the program description; additional information to uniquely identify each program should be added at the end of the program description.

**Note to Multiple-Site Residencies**: Residency programs that offer training experiences at different practice sites must notify ASHP prior to adding or removing a site. The ASHP must review and approve the change prior to your making the change in the NMS Match System. Please refer to the information on pages 4 6 of the ASHP Regulations on Accreditation of Pharmacy Residencies (https://www.ashp.org/ /media/assets/professional development/residencies/docs/accreditation regulations residencies.pdf). PGY1 Community residencies are limited to offering a maximum of 5 different sites.

## Adding a Program

If you wish to add a program, select the Add New Program link at the bottom of the program information section of the page. The program being added must be the same type of residency; to add a program with a different residency type, please contact NMS.



You must enter the number of positions to be filled in 2025, provide a program description and press the Add button. The program description of the new program must include the residency type (abbreviated if necessary), and must uniquely and clearly distinguish that program from any other program offered by your residency. The description(s) of your existing program(s) may also need to be altered to ensure they are distinct and descriptive of the program offering. A unique 6 digit program Match Code Number will be assigned to the program automatically by the system when it is added.

If you offer or intend to offer a Multiple Site Residency and want to add a new site, you must notify the ASHP and have that request approved before making the change in the NMS Match System. Please refer to the information on pages 4 6 of the ASHP Regulations on Accreditation of Pharmacy Residencies (https://www.ashp.org/ /media/assets/professional development/residencies/docs/accreditation regulations residencies.pdf). PGY1 Community residencies are limited to offering a maximum of 5 different sites.

<u>Deleting a Program</u>

If a program that is pre populated in the system will not be offering positions in 2025, you should delete the program. Note that every residency registered for the ASHP Match must have at least one program. You will not be able to delete a program if it is the only one listed for the residency. If your program will not be offering any positions beginning in 2025, use the appropriate link in the registration email to indicate your program will not be participating in the 2025 Match.



**Note for Multiple-Site Residencies**: If you want to remove one or more of the sites, you must notify the ASHP and have that request approved before making the change in the NMS Match System.

**Positions Available**

You must verify or provide the number of positions to be filled in 2025 for each program offered in the ASHP Match. All positions available to begin training in 2025 in your residency must be registered for Phase I of the Match.

In some cases, a PGY2 program may offer a position to a current PGY1 resident in advance of the matching process through the Early Commitment Process.

- <u>Read more about the Early Commitment Process (../ecp.html)</u>

You may change the number of positions available, if necessary, at any time up to the deadline for submitting the Rank Order Lists for each Phase of the Match.

Furthermore, it is possible to use the reversion feature to move position(s) that remain unfilled from one program to another within the matching process, to attempt to fill the available position(s) in the other program. For example, if a position remains unfilled in a PGY2 program, that position can be moved within the matching process to another PGY2 program, or to a PGY1 program, where the position may be able to be filled.

- Read more about Reversions (reversions.html)

3. Once all the information on the Residency and Program information page has been entered correctly, select the **Continue** button.



# 4 Accept the Match Agreement and Rules

You must electronically sign the Residency Agreement for the 2025 ASHP Match. Read the Agreement page carefully, as your organization, residency and program(s) will be committed to abide by the Agreement once it is registered.

# 5 Registration Confirmation

You will receive a confirmation email when the registration process is completed. The confirmation will include a copy of terms of the Residency Agreement, ASHP Match Rules, and schedule of dates, as well as the Match Code Number and program description for each program registered for the ASHP Match. You should provide the program Match Code Number(s) to each of your applicants.