# EXHIBIT E

# American Society of Health-System Pharmacists
RESIDENT MATCHING PROGRAM

# APPLICANT AGREEMENT

I plan to apply for a postgraduate year one (PGY1) or postgraduate year two (PGY2) pharmacy residency position to start training between June 1, 2024 and December 31, 2024. In order to participate in the American Society of Health-System Pharmacists ("ASHP") Resident Matching Program (the "Match"), I agree:

1. To abide by the Rules of the ASHP Pharmacy Resident Matching Program ("ASHP Match Rules") as shown on the Match website (natmatch.com/ashprmp), which are incorporated by reference in and are an integral part of this Agreement.

2. To abide by the Schedule of Dates of the Match as shown on the Match website (natmatch.com/ashprmp), which is incorporated by reference in and is an integral part of this Agreement.

3. To provide complete and accurate information to the Match and to all residency programs to which I apply.

4. Not to make any commitment to or contract with any program registered for the Match prior to the release of the results for Phase I of the Match, except that if I am currently a PGY1 resident I may commit to a PGY2 residency position that is offered to me in accordance with the Early Commitment Process. Furthermore, if I do not obtain a position in Phase I of the Match or through the Early Commitment Process, I agree not to make any commitment to or contract with any program registered for the Match prior to the release of the results of Phase II of the Match. If I choose to accept a position either at a program that is not registered for the Match or at a registered program in accordance with the Early Commitment Process, or if I decide not to participate in the Match for any other reason, then I will submit a withdrawal from the Match, and will not submit a Rank Order List for the Match.

5. To accept appointment to the program with which I am matched. I cannot avoid accepting appointment to or attending the program with which I am matched without a written release from the program concerned; also, another program registered for the Match cannot offer me a position unless I have this release.

6. To pay to National Matching Services Inc. (NMS) a non-refundable, non-transferable, irrevocable fee of $160.00 USD to register for the Match for positions beginning in 2024.

I am free to make contact with any program registered for the Match in which I am interested, to apply to as many of these programs as I wish, and to rank them according to my judgment.

I may freely discuss any matter with a program that does not include the sharing of ranking information. Programs may voluntarily inform me as to whether or not I remain under consideration for admission, but are not obliged to do so. I must never request ranking information from a program, and programs must never request ranking information from me. Prior to the release of the Phase II Match results, neither party (applicant or program) may disclose to the other party any information regarding the positioning of any applicant or program on a Rank Order List. Furthermore, any expression of interest made during the discussion between me and a program is subject to change based on further considerations.

The Rank Order List I submit for each Phase of the Match is the sole determinant of my order of preference for programs in that Phase of the Match. Similarly, the Rank Order List submitted by each program for each Phase of the Match is the sole determinant of the program's order of preference for applicants in that Phase of the Match.

I accept the Terms of Use and Privacy Policies as shown at natmatch.com/ashprmp, and agree that NMS may contact me by email and/or phone regarding my participation in the Match.

I agree that information concerning my participation in the Match, including my status and the result I obtain in the Match, whether I am matched or not and to which residency program I have been matched, may be reported to programs participating in the Match, as well as to my pharmacy school, to ASHP, and to other parties deemed appropriate by ASHP.

My appointment to the program with which I am matched may be contingent on my satisfying eligibility requirements specified by the organization and program.

**ASHP possesses beneficiary standing to enforce this Agreement, and violations of the terms of this Agreement or the ASHP Match Rules will be reported to ASHP.** If I violate any of the terms of this Agreement or the ASHP Match Rules, such as refusing to accept a position at the program with which I have been matched, ASHP may pursue all available remedies, including reporting my actions to my school. Furthermore, ASHP may impose penalties on me, including barring me from participation in future ASHP Resident Matching Programs.