# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT; and MAY ANN HUDGINS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., et al.,<br><br>Defendants. | Consolidated Docket No. 8:25-cv-00673-LKG |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL AND LIAISON COUNSEL

WHEREAS, on February 28, 2025, Alexis Albert and May Ann Hudgins filed a class action complaint captioned *Albert v. Am. Soc'y of Health-Sys. Pharmacists, Inc.*, No. 8:25-cv-00673 in the U.S. District Court for the District of Maryland (the "*Albert* Action"), alleging violations of the Sherman Act (15 U.S.C. § 1, *et seq.*) arising from Defendants' conspiracy to fix, maintain, stabilize, and suppress the compensation paid to pharmacy residents;

WHEREAS, on March 4, 2025, June Kim filed a class action complaint captioned *Kim v. Am. Soc'y of Health-Sys. Pharmacists, Inc.*, No. 8:25-cv-00708 in the U.S. District Court for the District of Maryland (the "*Kim* Action"), alleging substantially similar facts and claims for relief against many of the same Defendants as those alleged in the *Albert* Action;

WHEREAS, Plaintiffs in the *Albert* Action filed a Notice of Intent to File Motion to Consolidate and Appoint Interim Class Counsel on March 14, 2025 (*Albert* Action, ECF No. 11);

WHEREAS, Plaintiff in the *Kim* Action filed a Notice of Intent to File Motion to Consolidate and Appoint Interim Class Counsel on March 14, 2025 (*Kim* Action, ECF No 16);

WHEREAS, the Court consolidated the *Albert* and *Kim* Actions under the *Albert* Action by an Order dated April 1, 2025 (*Albert* Action, ECF No. 28);

WHEREAS, the Plaintiffs' counsel in the *Albert* and *Kim* Actions have moved to appoint Hedin LLP and Scott+Scott Attorneys at Law LLP as interim co-lead counsel and Lerch, Early & Brewer, Chtd. as plaintiffs' interim liaison counsel;

**IT IS HEREBY ORDERED AS FOLLOWS**:

Plaintiffs' Motion to Appoint Interim Co-Lead Counsel and Interim Liaison Counsel is **GRANTED**.

    **A.**    **Organization of Plaintiffs' Counsel**

    1.    Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints the following firms as Interim Co-Lead Counsel for the proposed Class:

| **Scott + Scott Attorneys at Law LLP** | **Hedin LLP** |
|---|---|
| Helmsley Building | 1395 Brickell Avenue |
| 230 Park Avenue, 24th Floor | Suite 610 |
| New York, NY 10169 | Miami, Florida 33131 |

    2.    Scott+Scott Attorneys at Law LLP ("Scott+Scott") and Hedin LLP shall be responsible, either personally or by designee, for the overall conduct of the litigation on behalf of all Plaintiffs, including providing supervision of all Plaintiffs' counsel in the litigation. As Interim Co-Lead Counsel for the Class, Scott+Scott and Hedin LLP have the authority to:

    a.    Promote the efficient conduct of this litigation and avoid unnecessary duplication and unproductive efforts by making and supervising all work assignments;

    b.    Prepare and file a consolidated amended complaint and any subsequent pleadings;

c. Conduct all pretrial, trial, and post-trial proceedings on behalf of all Plaintiffs and act as spokesperson for all Plaintiffs;

d. Conduct or coordinate discovery on behalf of all Plaintiffs consistent with the Federal Rules of Civil Procedure, including preparation (or responses to) written discovery requests and examination (or defense) of witnesses in depositions;

e. Monitor activities of all Plaintiffs' counsel and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided by collecting from each firm regular time and expense reports in the form set forth by Interim Co-Lead Counsel;

f. Make and collect assessments from some or all Plaintiffs' counsel for the purpose of paying the costs necessary to litigate the case;

g. Negotiate with defense counsel with respect to settlement and other matters;

h. Prepare any application for an award (or approval) of fees and reimbursement of expenses incurred by Plaintiffs;

i. Consult with and retain expert witnesses for the Plaintiffs;

j. Negotiate with, retain, and manage relations with outside vendor(s) for the collection, processing, or review of documents and electronically stored information produced in discovery;

k. Conduct or coordinate all negotiations with defense counsel regarding search and production protocols, manage the review of documents produced by Defendants and third parties (and production of documents by Plaintiffs), and

       implement advanced analytics for the efficient review of documents as appropriate;

l.    Coordinate and communicate as necessary with counsel for other parties in the litigations regarding any matters addressed in this Order in order to ensure efficient use of Plaintiffs', Defendants', and the Court's time;

m.    Ensure that all Plaintiffs' counsel and Plaintiffs are kept informed of the progress of this litigation as necessary; and

n.    Otherwise coordinate the work of Plaintiffs' counsel, and perform such other duties as Interim Co-Lead Counsel deem necessary and appropriate based upon their judgment and consideration or as authorized by further Order of the Court.

3.    No motion shall be initiated or filed on behalf of any Plaintiff except through Interim Co-Lead Counsel.

4.    Interim Co-Lead Counsel shall have sole authority to communicate with Defendants' counsel and the Court on behalf of all Plaintiffs, unless that authority is expressly delegated to other counsel. Defendants' counsel may rely on all agreements made with Interim Co-Lead Counsel for the Class, and such agreements shall be binding on all other Plaintiffs in their respective cases.

5.    Interim Co-Lead Counsel are hereby designated as counsel for all Plaintiffs upon whom all discovery, motions or other pleadings, notices, and correspondence shall be served, and Defendants shall serve papers on all Plaintiffs by serving Interim Co-Lead Counsel by electronic means in compliance with the Rules and Orders of this Court. Interim Co-Lead Counsel shall be responsible for maintaining a master service list of all parties and their respective counsel.

6. No communications between or among any of Plaintiffs' counsel shall be taken as a waiver of any privilege or protection to which Plaintiffs would otherwise be entitled.

7. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints the following firms as Plaintiffs' Interim Liaison Counsel:

> **Lerch, Early & Brewer, Chtd**.
> 7600 Wisconsin Avenue, Suite 700
> Bethesda, MD 20814

8. Plaintiffs' Interim Liaison Counsel shall have responsibility for acting as the main point of contact between the Plaintiffs and the Court for all administrative purposes, including scheduling hearings, conferences, as well as ensuring Plaintiffs' compliance with this Court's Local Rules.

**SO ORDERED.**

Dated this _____ day of _____, 2025.

_____
Hon. Lydia Kay Griggsby
United States District Judge
District of Maryland