# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT, *et al.*, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 25-cv-00673-LKG |
| ) | |
| v. ) | Dated: April 14, 2025 |
| ) | |
| AMERICAN SOCIETY OF ) | |
| HEALTHSYSTEM PHARMACISTS, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants ) | |

## AMENDED SCHEDULING ORDER

On April 11, 2025, the parties filed a Notice of Intent to file an unopposed motion to modify the Court's April 1, 2025, Scheduling Order (ECF No. 28), in order to accelerate the current schedule and promote judicial economy. ECF No. 31. The Plaintiffs assert that no Defendant opposes the proposed motion. *See id*.

In light of the foregoing, and for good cause shown, the Court **MODIFIES** the April 1, 2025, Scheduling Order as follows:

| | |
|---|---|
| Plaintiffs' motion to appoint class counsel | **April 14, 2025** |
| Defendants' response in opposition | **April 21, 2025** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge