April 25, 2025

**VIA ECF**

The Honorable Lydia Kay Griggsby
The United States District Court for the District of Maryland
6500 Cherrywood Lane
Suite 400
Greenbelt, Maryland 20770

Re: *Albert et al. v. American Society of Health-System Pharmacists, Inc. et al.*, Case No. 8:25–cv–00673–LKG

Dear Judge Griggsby:

Plaintiffs and Defendants in the above-captioned consolidated action are respectfully contacting the Court to seek the Court's guidance regarding the schedule in this matter. The Court set certain deadlines for Plaintiffs' motion to appoint interim class counsel and any oppositions thereto, which have passed on April 14 and April 21, respectively. (Dkt. No. 33.)

As set forth in Plaintiffs' Notice of Intent to File an Unopposed Motion to Modify Scheduling Order (Dkt. No. 31), the parties have been acting in good faith to negotiate an orderly case schedule, including deadlines for Plaintiffs to file a consolidated complaint and for Defendants to file any motion(s) to dismiss the consolidated complaint. The parties agreed and proposed that Plaintiffs shall file a consolidated complaint within 30 days after a decision on the motion to appoint interim counsel and that Defendants shall have 60 days from the filing of the consolidated complaint to answer, move, or otherwise respond. The parties have proposed this schedule for purposes of judicial efficiency, as Defendants currently individually have varying deadlines to respond to the two complaints. The parties' agreement contemplates that those deadlines are held in abeyance pending the filing of a consolidated complaint. The parties seek to clarify this with the Court and seek the Court's guidance regarding whether the parties should file a Notice of Intent to File a motion for an order confirming the same.

Representatives from the parties are available to discuss at a date and time convenient for the Court.

Respectfully submitted,

**SCOTT & SCOTT ATTORNEYS AT LAW LLP**

/s/ *Matthew J. Perez*
Matthew J. Perez

cc (via ECF and email):

Counsel of record for the *Albert* and *Kim* Plaintiffs; counsel for Defendants