# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT, *et al.*, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 25-cv-00673-LKG |
| ) | |
| v. ) | Dated:  May 2, 2025 |
| ) | |
| AMERICAN SOCIETY OF HEALTH- ) | |
| SYSTEM PHARMACISTS, INC., *et al.*, ) | |
| ) | |
| Defendants ) | |
| ) | |

## SCHEDULING ORDER

On April 1, 2025, the Court consolidated *Albert v. American Society of Health-System Pharmacists, Inc., et. al*, No. 8:25-cv-00673-LKG (the "*Albert Action*") with *Kim v. American Society of Health-System Pharmacists, Inc., et al*., No. 25-cv-00708 (the "*Kim Action*").  *See* the *Albert Action* at ECF No. 33.  There are currently two complaints in these matters.  *See id*. at ECF No. 1; the *Kim Action* at ECF No. 1.  The parties agree that the Plaintiffs will file a consolidated complaint after the Court resolves the Plaintiffs' motion for class counsel, which is currently pending before the Court.  *See* the *Albert Action* at ECF Nos. 32 and 34.

On April 25, 2025, the parties filed a joint notice seeking to set a schedule for the Plaintiffs to file their consolidated complaint and for the Defendants to answer or otherwise respond to the Plaintiffs' consolidated complaint.  The *Albert Action* at ECF No. 34.  The parties have agreed that the Plaintiffs shall file a consolidated complaint within 30 days after the Court's decision on the motion to appoint class counsel and the Defendants shall answer or otherwise respond to the Plaintiffs' consolidated complaint 60 days thereafter.  *See id*.

In light of the foregoing and for good cause shown, the Court **HOLDS-in-ABEYANCE** the Defendants' deadlines to answer or otherwise respond to the complaints in the *Albert Action* and the *Kim Action*, pending the resolution of the Plaintiffs' motion for class counsel.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge