IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT, et al., | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| vs. | )   Civil Action No.: 8:25-cv-00673-LKG |
| | ) |
| AMERICAN SOCIETY OF | ) |
| HEALTH-SYSTEM PHARMACISTS, | ) |
| INC., et al., | ) |
| | ) |
|       Defendants. | ) |

**THE METHODIST HOSPITAL D/B/A HOUSTON METHODIST HOSPITAL'S
DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 103.3, Defendant The Methodist Hospital d/b/a Houston Methodist Hospital discloses that it has no parent or other affiliate and that it is unaware of any entity, not a party to the case, which has a financial interest in the outcome of the litigation. Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Methodist Hospital d/b/a Houston Methodist Hospital hereby states that as of this date, there is no parent corporation or any publicly held corporation owning 10% or more of Defendant's stock to disclose.

      Respectfully submitted,

      /s/Andrew N. Cook
      Andrew N. Cook (Bar No. 05588)
      **K&L GATES LLP**
      1601 K Street, NW
      Washington, DC  20006
      Tel: 202-778-9106
      Email: Andrew.Cook@klgates.com

      *Attorney for Defendant The Methodist
      Hospital d/b/a Houston Methodist Hospital*

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on May 9, 2025, I caused a copy of the foregoing The Methodist Hospital D/B/A Houston Methodist Hospital's Disclosure of Affiliations and Financial Interest and Corporate Disclosure Statement to be electronically filed using the CM/ECF electronic filing system, which will send electronic notification of such filing to all parties of record.

                Respectfully submitted,

                */s/Andrew N. Cook*
                Andrew N. Cook