UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ALBERT ET AL., <br><br> *Plaintiffs*. <br><br> v. <br><br> AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. ET AL., <br><br> *Defendants*. | Civil Action No. 8:25-cv-00673-LKG |

## DEFENDANT UPMC PRESBYTERIAN SHADYSIDE'S DISCLOSURE STATEMENT AND DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST

Defendant UPMC Presbyterian Shadyside ("UPMC Presbyterian"), by and through undersigned counsel, respectfully makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 103.3 of the Local Rules for the United States District Court for the District of Maryland:

UPMC Presbyterian is a 501(c)(3) corporation organized under the laws of the Commonwealth of Pennsylvania. UPMC Presbyterian is wholly owned by UPMC d/b/a University of Pittsburgh Medical Center ("UPMC"), a 501(c)(3) corporation organized under the laws of the Commonwealth of Pennsylvania. UPMC is not publicly traded, has no shareholders, and has no corporate parent.

UPMC Presbyterian holds an insurance policy with Freedom Insurance Company, and pursuant to such policy, Freedom Insurance Company may have a financial interest in the case and may be obligated to represent or indemnify a party to the case. UPMC Presbyterian has not

identified any other corporation, unincorporated association, partnership, or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

| | |
|---|---|
| Dated: May 9, 2025 | Respectfully submitted, |
| | /s/ *William W. Reichart III* |
| | David B. Hamilton (Bar No. 04308) |
| | William W. Reichart, III (Bar No. 20757) |
| | DLA Piper LLP (US) |
| | 650 South Exeter Street |
| | Suite 1100 |
| | Baltimore, Maryland 21202 |
| | Tel.: (410) 580-3000 |
| | Fax: (410) 580-3001 |
| | David.hamilton@us.dlapiper.com |
| | Wes.reichart@us.dlapiper.com |
| | |
| | Michael S. Pullos (*pro hac vice* forthcoming) |
| | DLA Piper LLP (US) |
| | 444 West Lake Street |
| | Suite 900 |
| | Chicago, Illinois 60606 |
| | Tel.: (312) 368-4000 |
| | Fax: (312) 236)-7516 |
| | Michael.pullos@us.dlapiper.com |
| | |
| | *Attorneys for Defendant UPMC Presbyterian Shadyside* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2025, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ *William W. Reichart III*
William W. Reichart III

1619966073.4