IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 8:25-cv-00673-LKG |
| | ) |
| AMERICAN SOCIETY OF | ) |
| HEALTH-SYSTEM PHARMACISTS, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

**THE JOHNS HOPKINS HOSPITAL'S DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 103.3, Defendant The Johns Hopkins Hospital ("JHH"), through its undersigned counsel, discloses the following:

1. JHH is a non-profit corporation incorporated in the state of Maryland and is not traded publicly.

2. JHH is wholly owned by The Johns Hopkins Health System Corporation, a not-for-profit organization incorporated in the state of Maryland that itself is not a publicly traded company.

3. JHH's subsidiary entities are: Johns Hopkins All Children's Hospital, Inc. (100% ownership interest); Peake Healthcare Innovations, LLC (50% ownership interest); and Sibley Memorial Hospital (100% ownership interest).

4. No other entities have a financial interest in the outcome of this litigation.

Dated: May 13, 2025                                 Respectfully submitted,

                                                  */s/ Ronald J. Tenpas*
                                                  Ronald J. Tenpas (Maryland Bar No. 14448)
Adam L. Hudes (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Craig P. Seebald (admitted *pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC  20037
Email:  rtenpas@velaw.com
Email:  ahudes@velaw.com
Email:  smedlock@velaw.com
Email:  cseebald@velaw.com
Telephone:  202-639-6500
Fax:  202-639-6604

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2025, I caused a copy of the foregoing The Johns Hopkins Hospital's Disclosure of Affiliations and Financial Interest and Corporate Disclosure Statement to be electronically filed using the CM/ECF electronic filing system, which will send electronica notification of such filing to all parties of record.

*/s/ Ronald J. Tenpas*
Ronald J. Tenpas
