IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ALEXIS ALBERT, *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., *et al.*,<br><br>        Defendants. | Case No. 8:25-cv-00673-LKG |

**DISCLOSURE OF CORPORATE INTEREST OF
DEFENDANT ALLEGHENY HEALTH NETWORK**

Defendant Allegheny Health Network,[1] by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, hereby makes the following disclosure: Allegheny Health Network is a Pennsylvania nonprofit corporation. Allegheny Health Network's sole corporate member is Highmark Health, a Pennsylvania nonprofit corporation with no members or shareholders. Allegheny Health Network is the sole member of West Penn Allegheny Health System, Inc., a Pennsylvania nonprofit corporation that does business as Allegheny General Hospital. There are no other affiliates that own, directly or indirectly, five percent or more of Allegheny Health Network or West Penn Allegheny Health System, Inc. Allegheny Health Network is unaware of any other entity, not a party to the case, that has a financial interest in the outcome of the litigation.

---

[1] Allegheny General Hospital was named as a defendant in the Complaint filed in this case (ECF No. 1). Allegheny Health Network d/b/a Allegheny General Hospital was named as a defendant in the Complaint filed in *Kim v. Am. Soc'y of Health-Sys. Pharmacists, et al.* (Case No. 8:25-cv-00708, ECF No. 1), which was subsequently consolidated into this case (ECF No. 28).

| | |
|---|---|
| Dated: May 14, 2025 | Respectfully submitted, |

                                                           */s/ Daniel Z. Herbst*
                                                         Daniel Z. Herbst (Md. Fed. Bar No. 17510)
                                                         **REED SMITH LLP**
                                                         1301 K Street, N.W.
                                                         Suite 1000, East Tower
                                                         Washington, DC 20005
                                                         Telephone: 202-414-9232
                                                         Facsimile: 202-414-9299
                                                         dherbst@reedsmith.com

                                                         William J. Sheridan (admitted *pro hac vice*)
                                                         Courtney Bedell Averbach (admitted *pro hac vice*)
                                                         Nicole L. Kaplan (admitted *pro hac vice*)
                                                         **REED SMITH LLP**
                                                         225 Fifth Avenue, Suite 1200
                                                         Pittsburgh, PA 15222
                                                         Telephone: 412-288-3131
                                                         Facsimile: 412-288-3063
                                                         wsheridan@reedsmith.com
                                                         caverbach@reedsmith.com
                                                         nkaplan@reedsmith.com

                                                         *Counsel for Defendant Allegheny Health Network*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2025, I caused a copy of the foregoing Disclosure of Corporate Interest of Defendant Allegheny Health Network to be electronically filed using the CM/ECF electronic filing system, which will send electronic notification of such filing to all parties and/or counsel of record.

　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel Z. Herbst*
　　　　　　　　　　　　　　　　　　　　　Daniel Z. Herbst