IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT, et al.,<br><br>      Plaintiffs,<br>v.<br><br>AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., et al.,<br><br>      Defendants. | Case No. 8:25-cv-00673-LKG |

**THE QUEEN'S HEALTH SYSTEMS' DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST AND CORPORATE DISCLOSURE STATEMENT**

Defendant The Queen's Health Systems ("QHS"), by and through undersigned counsel, respectfully makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 103.3 of the Local Rules for the United States District Court for the District of Maryland:

1. QHS is a non-profit corporation incorporated in the state of Hawaii.

2. QHS is not traded publicly and has no members.

3. QHS is the sole member or sole stockholder of the following entities: The Queen's Medical Center, Molokai General Hospital, Queen's North Hawaii Community Hospital, Queen's Insurance Exchange, Inc., Queen Emma Land Company, Queen's Development Corporation, Queen's University Medical Group. All entities are incorporated in the state of Hawaii.

4. QHS is unaware of any entity, not a party to the case, which has a financial interest in the outcome of the litigation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| May 30, 2025 | */s/ Christopher C. Yook*<br>Christopher C. Yook (Bar No. 31555)<br>Jeffrey S. Spigel (*pro hac vice* application forthcoming)<br>Emily B. Marsteller (*pro hac vice* application forthcoming)<br>Adriana Dunn (*pro hac vice* application forthcoming)<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 900<br>Washington, DC 20006<br>Phone: (202) 626-3747<br>Fax: (202) 626-3737<br>cyook@kslaw.com<br>jspigel@kslaw.com<br>emarsteller@kslaw.com<br>adunn@kslaw.com<br><br>Diana Liu (*pro hac vice* application forthcoming)<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: (415) 318-1200<br>Fax: (415) 318-1300<br>dliu@kslaw.com<br><br>*Counsel for The Queen's Health Systems* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, I caused a copy of the foregoing The Queen's Health Systems' Disclosure of Affiliations and Financial Interest and Corporate Disclosure Statement to be filed using the CM/ECF electronic filing system, which served this filing on all parties of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher C. Yook*
　　　　　　　　　　　　　　　　　　　　Christopher C. Yook