IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT, et al., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., et al., <br><br> Defendant. | Case No. 8:25-cv-00673-LKG <br><br> Hon. Lydia Kay Griggsby |

**DEFENDANT THE NEMOURS FOUNDATION'S
RULE 7.1 AND LOCAL RULE 103.3 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant The Nemours Foundation ("Nemours"), by and through its undersigned counsel, hereby makes the following disclosures:

1. Nemours is a 501(c)(3) not-for-profit corporation organized under the laws of the State of Florida. Nemours is not publicly traded, has no shareholders, and has no corporate parent.

2. Nemours holds potentially applicable insurance policies with Beazley Insurance Company, Markel American Insurance Company, Ascot Insurance Company, RSUI Indemnity Company, Covington Specialty Insurance Company, Endurance Assurance Corporation and Everest National Insurance Company, and pursuant to such policies, these entities may have financial interests in the case and may be obligated to represent or indemnify a party to the case. Nemours has not identified any other corporation, unincorporated association, partnership, or other business entity, not a party to the case, that may have a financial interest in the outcome of this litigation, as defined in Local Rule 103.3.

| | |
|---|---|
| Dated: June 4, 2025 | Respectfully submitted,<br>VINSON & ELKINS LLP<br><br>/s/ *Conrad W. Bolston*<br>Conrad W. Bolston<br>MD Bar No. 19854<br>2200 Pennsylvania Ave., N.W.<br>Suite 500 W<br>Washington, D.C. 20037<br>Tel: (202) 639-6500<br>Fax: (202) 639-6604<br>cbolston@velaw.com<br><br>Michael W. Scarborough (*pro hac vice* forthcoming)<br>555 Mission Street<br>Suite 2000<br>San Francisco, CA 94105<br>Tel: (415) 979-6900<br>Fax: (415) 651-8786<br>mscarborough@velaw.com<br><br>*Attorneys For Defendant*<br>THE NEMOURS FOUNDATION |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I caused the foregoing document to be filed electronically using the Court's CM/ECF electronic filing system, which will automatically send a notice of electronic filing to all counsel of record.

DATED: June 4, 2025 /s/ *Conrad W. Bolston*
Conrad W. Bolston