UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ALBERT ET AL., <br><br> *Plaintiffs*. <br><br> v. <br><br> AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. ET AL., <br><br> *Defendants*. | Civil Action No. 8:25-cv-00673-LKG |

**DEFENDANT THE UNIVERSITY OF CHICAGO MEDICAL CENTER'S
DISCLOSURE STATEMENT AND DISCLOSURE OF
AFFILIATIONS AND FINANCIAL INTEREST**

Defendant The University of Chicago Medical Center ("UCMC"), by and through undersigned counsel, respectfully makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 103.3 of the Local Rules for the United States District Court for the District of Maryland:

Defendant UCMC identifies the University of Chicago as its parent entity.  The University of Chicago is the sole corporate member of UCMC.

Additional Affiliates of UCMC include:  University of Chicago Physicians Group; UCMC Community Physicians, LLC; UCMC/SCH Oncology JV, LLC; PABHS-UCM RadOnc JV, LLC; PABHS-UCM MSO JV, LLC; Adventist Midwest Health d/b/a UChicago Medicine AdventHealth; UCM Global, LLC; UChicago Medicine Network, Inc.; UCM Medical Group, Inc.; UCM Medical Group Sub, LLC; UCM Physician Partners, LLC; UCM ACO, LLC; UChicago Medicine Northwest Indiana Inc.; The Ingalls Memorial Hospital; UCM Home Care; UCM Services Corp.;

Ingalls Same Day Surgery Center, LP.; UCM NFP Community Ventures; UCM Network Development Foundation; and Trulen Insurance SPC Limited.

United Educators insurance company has a potential financial interest in this litigation.

June 6, 2025

*/s/ Jonathan Gleklen*
Jonathan Gleklen Bar No. 21350
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: 202-942-5454
Fax: 202-942-5999
jonathan.gleklen@arnoldporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2025, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ *Jonathan Gleklen*
Jonathan Gleklen