IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., ET AL., <br><br> Defendants. | Consolidated Action No. 8:25-cv-00673-LKG <br><br> Judge Lydia K. Griggsby |

**THE CLEVELAND CLINIC FOUNDATION'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND LOCAL RULE 103.3**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 103.3, Defendant The Cleveland Clinic Foundation, through its undersigned counsel, hereby discloses the following:

The Cleveland Clinic Foundation is a nonprofit corporation and is not traded publicly; there are thus no publicly held corporations owning 10% or more of The Cleveland Clinic Foundation's stock. The Cleveland Clinic Foundation has no parent organization and no publicly held affiliates. There are likewise no affiliates that have a controlling interest in The Cleveland Clinic Foundation and The Cleveland Clinic Foundation is not aware of any publicly held corporation that has a financial interest in the outcome of this litigation.

Dated: June 10, 2025                    Respectfully submitted by,

                              */s/ Gilbert S. Keteltas*
                              Justin P. Murphy (*pro hac vice pending*)
                              Gilbert S. Keteltas (Bar No. 12679)
                              Matt Schock (*pro hac vice pending*)
                              BAKERHOSTETLER
                              1050 Connecticut Ave. NW, Suite 1100
                              Washington, DC 20036
                              T 202.861.1500

F 202.861.1783
jpmurphy@bakerlaw.com
gketeltas@bakerlaw.com
mschock@bakerlaw.com

Bridget S. McCabe (*pro hac vice pending*)
BAKERHOSTETLER
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
T 310.442.8844
F 310.820.8859
bmccabe@bakerlaw.com

*Counsel for Defendant The Cleveland Clinic Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, the foregoing was filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

*/s/ Gilbert S. Keteltas*
Gilbert S. Ketaltas

*Counsel for Defendant The Cleveland Clinic Foundation*
