

7600 Wisconsin Avenue, Suite 700  •  Bethesda, MD 20814  •  **lerchearly.com**

**Stuart A. Berman**
Office: 301-657-0729
saberman@lerchearly.com

July 1, 2025

**VIA ECF**
Honorable Lydia Kay Griggsby
United States District Judge
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    *Albert, et al. v. American Society of Health-System Pharmacists, Inc., et al*,
                Case No. 8:25-cv-00673-LKG

Dear Judge Griggsby:

    Plaintiffs Alexis Albert, May Ann Hudgins, June Kim, and Meaghan Walker write to inquire about the Court's preference for how to comply with Local Rule 103(6)(c) with respect to the Consolidated Class Action Complaint ("CAC") filed on June 30, 2025. *See Albert* Action, ECF No. 113.

    As background, on April 1, 2025, the Court consolidated *Albert v. American Society of Health-System Pharmacists, Inc.*, No. 8:25-cv-00673-LKG (the "*Albert* Action") with *Kim v. American Society of Health-System Pharmacists, Inc.*, No. 25-cv-00708-LKG (the "*Kim* Action") and directed future filings to proceed under the *Albert* Action. *See Albert* Action, ECF No. 33.

    In another related case, *Walker v. American Society of Health-System Pharmacists, Inc.*, No. 8:25-cv-01284-LKG (the "*Walker* Action"), Plaintiff Meaghan Walker asserted claims similar to those brought in the *Albert* and *Kim* Actions. *See Walker* Action, ECF No. 1. The *Walker* Action was not consolidated in the Court's April 1, 2025, Order. *See Albert Action*, ECF No. 33. However, Plaintiff Walker has voluntarily dismissed the *Walker* Action and joined the CAC. *See Walker* Action, ECF No. 29.

    As a result, the CAC superseded three separate previous complaints. Local Rule 103(6)(c) provides:

> Unless otherwise ordered by the Court, and except in cases in which the prior pleading was filed by a self-represented party, the party filing an amended pleading shall file and serve (1) a clean copy of the amended pleading and (2) a copy of the amended pleading in which stricken material has been lined through or enclosed in brackets and new material has been underlined or set forth in bold-faced type.

Hon. Lydia Kay Griggsby • July 1, 2025 •                                                                                                Page 2

      Plaintiffs do not see the CAC as an "amended pleading" as provided by Local Rule 103(6)(c); rather, it is a consolidated pleading merging allegations across three separate complaints. Nonetheless, to the extent that Local Rule 103(6)(c) applies to the CAC, Plaintiffs seek the Court's guidance on how they should comply with that local rule given the three superseded complaints. Plaintiffs are prepared to file "redlines" showing the CAC's changes against each of the previous complaints, one or more of them, or none of them, depending on the Court's preference.

      We are available at the Court's convenience to discuss this matter further.

                                                Respectfully submitted,

                                                LERCH, EARLY & BREWER, CHARTERED

By:   /s/ Stuart A. Berman
       Stuart A. Berman #08489
       Stanley J. Reed #00315
       7600 Wisconsin Avenue, Suite 700
       Bethesda, MD 20814
       (301) 657-0729 (Telephone)
       (301) 347-1538 (Facsimile)
       saberman@lerchearly.com
       sjreed@lerchearly.com

       *Interim Liaison Counsel for*
       *the Proposed Class*