IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., ET AL., <br><br> Defendants. | Civil Action No. 8:25-cv-00673-LKG |

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND LOCAL RULE 103.3**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3 of the District of Maryland, Defendant David Rubin in his Official Capacity as Executive Vice President of University of California Health, The Regents of the University of California ("The Regents") through its undersigned counsel certifies as follows:

The Regents is a corporation that administers the University of California as a public trust, pursuant to the California Constitution, art. IX, §9. No publicly held entity owns more than 10% of The Regents. The Regents has no parent organization or other affiliate.

Fiat Lux Risk and Insurance Company may have a financial interest in the outcome of this litigation.

Dated: July 14, 2025

Respectfully submitted,

*/s/ Stacey Grigsby*
Stacey Grigsby (Bar No. 28090)
Derek Ludwin (*pro hac vice*)
Jacqueline Fitch (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Tel.: (202) 662-5775
sgrigsby@cov.com
dludwin@cov.com
jfitch@cov.com

*Counsel for Defendant The Regents of the University of California*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I caused the foregoing document to be filed electronically using the Court's CM/ECF filing system, which will automatically send notice of electronic filing to all counsel of record .

/s/ *Stacey Grigsby*