UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ALEXIS ALBERT, *et al.*,

           Plaintiffs,

- against -

AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., *et al.*,

           Defendants.

Case No. 8:25-cv-00673-LKG

**DEFENDANT THE NEW YORK AND PRESBYTERIAN HOSPITAL'S RULE 7.1 AND LOCAL RULE 103.3 DISCLOSURE STATEMENT**

The New York and Presbyterian Hospital ("NewYork-Presbyterian"), by and through its undersigned counsel, respectfully makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 103.3 of the Local Rules for the United States District Court for the District of Maryland.

1. NewYork-Presbyterian is a 501(c)(3) not-for-profit corporation organized under the laws of New York. NewYork-Presbyterian has a single parent organization, NewYork-Presbyterian Foundation, Inc., and various affiliates, none of which are publicly traded.

2. NewYork-Presbyterian holds potentially applicable insurance policies with Berkshire Hathaway Specialty Insurance Co., TDC National Assurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Endurance American Insurance Co., Everest National Insurance Co., Starr Indemnity & Liability Company, QBE Insurance Corporation, Swiss Re Corporate Solutions America Insurance Co., Markel Bermuda Limited, Arcadian Risk Capital, and Vantage Risk LTD, and pursuant to such policies, those carriers may have a financial interest or obligation in the litigation. NewYork-Presbyterian has not identified any other corporation,

unincorporated association, partnership, or other business entity, not a party to the case, which may have a financial interest in the outcome of the litigation, as defined in Local Rule 103.3.

Dated: July 24, 2025

/s/ Amanda Flug Davidoff
Amanda Flug Davidoff
Renata B. Hesse (*pro hac vice* pending)
SULLIVAN & CROMWELL LLP
1700 New York Ave NW #700
Washington, D.C.  20006-5215
Telephone:  (202) 956-7500
Facsimile:   (202) 293-6330
davidoffa@sullcrom.com
hesser@sullcrom.com

Jonathan S. Carter (*pro hac vice* pending)
Stephen H. O. Clarke (*pro hac vice* pending)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588
carterjo@sullcrom.com
clarkest@sullcrom.com

*Attorneys for The New York and Presbyterian Hospital*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 24, 2025, a copy of the above Notice of Appearance was electronically filed and served in accordance with Fed. R. Civ. P. 5(a).

/s/ Amanda Flug Davidoff
Amanda Flug Davidoff

*Counsel for The New York and Presbyterian Hospital*