# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Consolidated Action No. 8:25-cv-00673-LKG |
| ) | |
| v. ) | |
| ) | Hon. Lydia K. Griggsby |
| AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the Defendant American Society of Health-System Pharmacists, Inc.

I certify that I am admitted to practice in this Court.

Dated: July 29, 2025

Respectfully Submitted,

/s/ *Martha L. Goodman*
Martha L. Goodman, Esq. (Bar # 31749)
Dunn Isaacson Rhee LLP
401 9th Street NW
Washington, DC 20004
(202) 240-2900
mgoodman@dirllp.com

*Counsel for Defendant American Society of Health-System Pharmacists, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, a true and correct copy of the foregoing Notice of Appearance was electronically filed using the Court's CM/ECF system, which will send notification of such filing to any counsel of record denoted on the Electronic Mail Notice List.

| | |
|---|---|
| DATED: July 29, 2025 | /s/ *Martha L. Goodman* <br> Martha L. Goodman |