UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ALBERT ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. ET AL., <br><br> *Defendants*. | Civil Action No. 8:25–cv–00673–DLB |

## ORDER GRANTING JOINT MOTION REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT AND PAGE LIMITATIONS

Having reviewed the Parties' Joint Motion Regarding Briefing Schedule for Motions to Dismiss Consolidated Class Action Complaint and Page Limitations, the Court hereby GRANTS the motion and sets forth the following schedule and page limits:

| Event | Deadline | Page Limit |
|---|---|---|
| Joint Motion to Dismiss | September 17, 2025 | Up to 40 pages |
| Supplemental Motions to Dismiss | September 17, 2025 | **NatMatch & UF Health**: Up to 15 pages each <br><br> **Rubin**: Up to 23 pages |
| Opposition to Joint Motion to Dismiss | 45 days after Defendants file their Joint Motion to Dismiss | Up to 40 pages |
| Opposition to Supplemental Motions to Dismiss | 45 days after Defendants file their Supplement Motions to Dismiss | **NatMatch & UF Health**: Up to 15 pages each <br><br> **Rubin:** Plaintiffs may file a brief of equal length to Defendant Rubin's moving brief |

1

| Event | Deadline | Page Limit |
|---|---|---|
| Reply in Support of Joint Motion to Dismiss | 30 days after Plaintiffs file their opposition brief | Up to 25 pages |
| Replies in Support of Supplemental Motions to Dismiss | 30 days after Plaintiffs file their opposition briefs | **NatMatch & UF Health**: Up to 10 pages each<br><br>**Rubin**: Defendant Rubin may file a brief equal to half the number of pages of Defendant Rubin's moving brief |

**SO ORDERED.**

Dated: September 2, 2025

_____
HON. DEBORAH L. BOARDMAN
U.S. DISTRICT JUDGE