UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT ET AL.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. ET AL.,<br><br>    *Defendants.* | Civil Action No. 8:25-cv-00673-DLB |

**DEFENDANT LEESBURG REGIONAL MEDICAL CENTER, INC.'S
SUPPLEMENTAL MOTION TO DISMISS
<u>THE AMENDED COMPLAINT WITH PREJUDICE</u>**

Leesburg Regional Medical Center, Inc. joins in full the joint motion to dismiss filed by all Defendants. Leesburg Regional Medical Center, Inc., through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), also hereby separately moves to dismiss the Amended Complaint (ECF No. 113) filed in this action, for the additional reasons stated in the accompanying Memorandum of Law.

Dated: September 17, 2025

Stephen Y. Wu (*pro hac vice*)
Ashley Fischer (*pro hac vice*)
Chelsea Mounayer (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
444 W. Lake Street, Suite 400
Chicago, IL 60606
(312) 372-2000
swu@mwe.com

Respectfully Submitted:

/s/   *Michael S. Nadel*
Michael S. Nadel (Bar No. 16241)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
mnadel@mwe.com

*Attorneys for Defendant Leesburg Regional Medical Center, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: September 17, 2025                           */s/ Michael S. Nadel*