IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT et al.,<br><br>                                      Plaintiffs,<br><br>v.<br><br>AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. et al.,<br><br>                                      Defendants. | Civ. No. 8:25-cv-00673-DLB |

**DECLARATION OF STEPHEN WU**

I, Stephen Wu, declare as follows:

I am a partner in the law firm McDermott Will & Schulte LLP and counsel for Defendant Leesburg Regional Medical Center. I make this declaration based on my own personal knowledge and records reasonably available to me in my role as counsel for Leesburg Regional Medical Center. If called as a witness, I could and would testify competently to the matters stated herein.

    1.    Attached hereto as **Exhibit 1** is a true and correct copy of the *Residencies and Fellowships* page on the University of Florida College of Pharmacy website. It is accessible online at the following URL: https://pharmacy.ufl.edu/residencies-and-fellowships/.

    2.    Attached hereto as **Exhibit 2** is a true and correct copy of the *Current Trustees* page on the University of Florida Board of Trustees's website. It is accessible online at the following URL: https://trustees.ufl.edu/about-the-board/current-trustees/.

    3.    Attached hereto as **Exhibit 3** is a true and correct copy of the *UF Health Leadership* page on the University of Florida Health's website. It is accessible online at the following URL: https://ufhealth.org/about-uf-health/uf-health-leadership.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Shands Teaching Hospital and Clinics, Inc.'s Amended Annual Report filed with the Florida Secretary of State on August 15, 2025. This document is available online through the Florida Secretary of State's Corporation Search website by searching for "Shands Teaching Hospital and Clinics, Inc." It can also be accessed via the following URL:

https://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2025%5C0909%5C52593845.Tif&documentNumber=749322

5. Attached hereto as **Exhibit 5** is a true and correct copy of Shands Teaching Hospital and Clinics, Inc.'s Amended and Restated Articles of Incorporation filed with the Florida Secretary of State on August 29, 2025. This document is available online through the Florida Secretary of State's Corporation Search website by searching for "Shands Teaching Hospital and Clinics, Inc." It can also be accessed via the following URL:

https://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2025%5C0909%5C52593845.Tif&documentNumber=749322

6. Attached hereto as **Exhibit 6** is a true and correct copy of Central Florida Health, Inc.'s Amended Annual Report filed with the Florida Secretary of State on August 14, 2025. This document is available online through the Florida Secretary of State's Corporation Search website by searching for "Central Florida Health, Inc." It can also be accessed via the following URL:

https://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=domnp-n07000010388-6ec5df33-6fef-470f-bbf2-4266a2cbfe3e&transactionId=n07000010388-e21d6521-8949-4886-bc1e-a5761ea99905&formatType=PDF

7. Attached hereto as **Exhibit 7** is a true and correct copy of Central Florida Health, Inc.'s Amended and Restated Articles of Incorporation filed with the Florida Secretary of State on

December 20, 2019. This document is available online through the Florida Secretary of State's Corporation Search website by searching for "Central Florida Health, Inc." It can also be accessed via the following URL:

https://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2020%5C0109%5C00366925.Tif&documentNumber=N07000010388

8. Attached hereto as **Exhibit 8** is a true and correct copy of Leesburg Regional Medical Center, Inc.'s Amended Annual Report filed with the Florida Secretary of State on August 15, 2025. This document is available through the Florida Secretary of State's Corporation Search website by searching for "Leesburg Regional Medical Center, Inc." It can also be accessed via the following URL:

https://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=domnp-702676-3a99d5b2-86c3-488d-8dc7-73878440490e&transactionId=702676-b2616f60-df9a-4050-9c47-e1cd4deb9e3b&formatType=PDF

9. Attached hereto as **Exhibit 9** is a true and correct copy of Leesburg Regional Medical Center, Inc.'s Amended and Restated Articles of Incorporation filed with the Florida Secretary of State on December 20, 2019. This document is available through the Florida Secretary of State's Corporation Search website by searching for "Leesburg Regional Medical Center, Inc." It can also be accessed via the following URL:

https://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2020%5C0109%5C00366906.Tif&documentNumber=702676

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 17, 2025
Chicago, Illinois

_____
Stephen Y. Wu