# Ex. 1



RESIDENCIES AND FELLOWSHIPS > OVERVIEW

# Residencies and Fellowships



DEVELOPING LEADERS IN THE PHARMACY PROFESSION

Residency and Fellowship Programs

## Residency Programs

The University of Florida College of Pharmacy and its practice partners are committed to developing leaders in the pharmacy profession through our residency and fellowship programs. Our in-depth training is designed to help residents and fellows develop knowledge and advanced clinical skills,

while building confidence as a clinician and a contributing member of the health care team.

Supported by the UF College of Pharmacy, one of the nation's top-ranked pharmacy colleges, and UF Health, the Southeast's most comprehensive academic health system, our residency and fellowship programs offer a breadth of training in various hospital and clinical environments. The 12-month residency helps pharmacists develop specific areas of interest through rotations and specialized training. In addition, residents participate in research and academic projects and attend local and national meetings.

Graduates of our nationally recognized programs have established careers in hospitals, ambulatory care settings and academic institutions. Discover how our residency and fellowship programs can help achieve career goals and form the foundation for a meaningful career in pharmacy.

## PGY1 Residencies

COMMUNITY-BASED PHARMACY RESIDENCY PROGRAM

# Fellowships

Fellowships in the UF College of Pharmacy are highly individualized programs designed to prepare the fellow to become an independent researcher. Fellows usually work with a single preceptor, however, joint ventures with more than one faculty member are possible. Clinical practice and teaching are also usually incorporated into a training program, but at a minimal percent effort. Fellowship programs are usually two years in length, which is considered the minimum training period for research training. Support for these fellowships varies with the type of training, but salaries are competitive. In order to be awarded a fellowship certificate, the fellow must present a seminar each year in the departmental seminar series, must present research data at a national meeting and must have been a primary author on at least one original manuscript.

Postdoctoral residencies in the department primarily train pharmacists for professional practice. All residency programs are structured to allow residents to achieve maximum benefit from their training. Residents are precepted by a single faculty member who is responsible for designing a program to meet the needs of the resident and clinical facility. Residencies are usually 12 months in length. Residencies emphasize clinical practice. Teaching and research are also included in some programs.

**CLINICAL PHARMACOGENETICS FELLOWSHIP**

**HEALTHCARE QUALITY, MEDICATION SAFETY, AND POPULATION…**

**PHARMACY INFORMATICS FELLOWSHIP**

**CLINICAL RESEARCH IN COMMUNITY ONCOLOGY FELLOWSHIP**

# PARADIGM Training Program

**THE PROGRAM FOR APPLIED RESEARCH AND DEVELOPMENT IN GENOMIC MEDICINE**