# Ex. 2

ABOUT THE BOARD   •   CURRENT TRUSTEES

# CURRENT TRUSTEES

**CURRENT TRUSTEES**

**FORMER TRUSTEES**



## MORTEZA "MORI" HOSSEINI - CHAIR

Mori Hosseini is the Chairman and CEO of ICI Homes, one of Florida's largest residential homebuilder/developers. Born in Iran, Mr. Hosseini was primarily educated in London, England, where he received a degree in Aeronautical Engineering from Chelsea College of Aeronautical Engineering.

**READ MORE**



## DAVID L. BRANDON

David Brandon is a fourth generation Floridian and 1981 University of Florida graduate from the highly regarded Rinker School of Construction Management.

**READ MORE**



Richard P. Cole is a managing partner with Cole, Scott, & Kissane in Miami. He received his Bachelor of Science degree in Business Administration from the University of Florida and his Juris Doctor from the University of Florida College of Law where he was ranked sixth in his graduating class.

[READ MORE](#)



## CHRISTOPHER T. CORR

Christopher "Chris" T. Corr is a veteran real estate executive with over 30 years' experience including some of the highest profile projects in the U.S.

[READ MORE](#)



## BLAKE E. COX

Blake E. Cox is a graduate student from Winter Park Florida pursuing his Master of Science in Management here at the University of Florida. He attended the University of Florida for his undergraduate degree, majoring in Political Science and Agricultural Education and Communication.



## JED V. DAVIS

Jed is the President, Chief Executive Officer, and Chairman of the Board of DDI, Inc., and the President of Estuary, LLC, which are both headquartered in Jacksonville, Florida. In his role with these Companies, Mr. Davis also oversees the operations of the Davis Family Office and their numerous affiliated entities. Through these entities, Mr. Davis directs various operating companies and investment interests, including multiple real estate related development activities.

READ MORE



## LUISA AMELIA DEMPERE

Dr. Luisa Amelia Dempere is the 2025-2026 University of Florida Faculty Senate Chair. She is the Director of the Nanoscale Research Facility (NRF) and a Faculty Engineer with affiliations in the Departments of Materials Science and Engineering and Environmental Engineering Sciences at the Herbert Wertheim College of Engineering (HWCOE).

READ MORE



# HEAVENER

James W. Heavener is the CEO of The Heavener Company, through which he holds and manages his interests in education, media production, internet services, real estate franchising, publishing, banks and information technology.

[READ MORE](#)



# DANIEL T. O'KEEFE

Daniel O'Keefe is the co-managing partner of the Orlando office of Shutts & Bowen LLP, where he is a member and a former Practice Group Leader of the firm's Real Estate Practice Group.

[READ MORE](#)



# RAHUL PATEL - VICE CHAIR

Rahul Patel was born in London, England and lived there for 13 years before immigrating to the United States with his family.  Mr. Patel and his wife Swati, a University of Florida alumna, live in Atlanta, Georgia with their two children – Anyssa and Selena.



# MARSHA D. POWERS

Marsha D. Powers recently retired from Tenet Healthcare Corporation where she served as the company's Chief Strategy Officer. She previously served as the CEO of Tenet's Eastern Division, Coastal Region.

READ MORE



# FRED S. RIDLEY

Fred Ridley is a business lawyer and a partner in the international law firm of Foley & Lardner LLP, where his practice is focused on the areas of real estate development and finance, and recreational amenity and resort development.

READ MORE



# PATRICK O. ZALUPSKI

Mr. Zalupski, age 44, is the Founder, President and Chief Executive Officer of Dream Finders Homes and has served as

completion of an IPO (current NYSE: "DFH").

[READ MORE](#)

APPLY　　VISIT　　JOBS　　ASK UF



   

University of Florida
Gainesville, FL 32611
UF Operator: (352) 392-3261

### RESOURCES

ONE.UF

WEBMAIL

MYUFL

E-LEARNING

DIRECTORY

### CAMPUS

WEATHER

CAMPUS MAP

STUDENT TOURS

ACADEMIC CALENDAR

EVENTS

### WEBSITE

WEBSITE LISTING

ACCESSIBILITY

POLICIES

REGULATIONS

UF PUBLIC RECORDS