# Ex. 3

Case 8:25-cv-00673-DLB     Document 219-5     Filed 09/17/25     Page 1 of 6



- Find a Doctor
- Conditions & Treatments
- Locations
- Patients & Visitors
- Clinical Trials
- Community

- Billing
- Insurance
- Events
- Make a gift
- Careers
- Volunteer
- Education
- Research
- About

(352) 733-0111  (tel:+13527330111)    MyUFHealth (https://mychart.shands.org/mychartprd/Authentication/Login)

Close

About UF Health

# UF Health Leadership

UF Health careers

UF Health is a vital resource for Florida, the Southeast and beyond. Health care experts from throughout our hospitals and clinical programs, academic colleges and research centers and institutes collaborate to move medicine forward with a shared vision and strategic plan.

Our faculty and staff provide high-quality, safe and efficient health care services to patients with a focus on excellent clinical outcomes; stimulating educational programs and opportunities for students, residents and fellows; and innovative scientific research that fosters new discoveries.

University of Florida Health is the university's academic health center. The UF Health headquarters is located in Gainesville, on UF's main campus, with programs throughout Gainesville and North Central Florida. Our other academic campus is located in Jacksonville.

## UF Health Shands Corporation Board

UF Health Shands refers to Shands Teaching Hospital and Clinics Inc., a private, not-for-profit 501(c)(3) corporation affiliated with UF. The Gainesville-based hospital system has a total of 1,111 licensed beds. At a glance:

- UF Health Shands Hospital  (https://ufhealth.org/locations/uf-health-shands-hospital)
- UF Health Shands Cancer Hospital  (https://ufhealth.org/locations/uf-health-shands-cancer-hospital)
- UF Health Shands Children's Hospital  (https://ufhealth.org/locations/uf-health-shands-childrens-hospital)
- UF Health Heart & Vascular Hospital  (https://ufhealth.org/locations/uf-health-heart-vascular-hospital)
- UF Health Neuromedicine Hospital  (https://ufhealth.org/locations/uf-health-neuromedicine-hospital)
- UF Health Psychiatric Hospital  (https://ufhealth.org/locations/uf-health-psychiatric-hospital)
- A network of outpatient rehabilitation centers and a home-health agency
- UF Health Shands Fact Sheet  (https://ufhealth.org/assets/media/fact-sheets/4.10.25-UF-Health-Shands-Fact-Sheet.pdf)

UF Health is governed by a corporate governing body that has responsibility for ensuring the UF Health clinical enterprise follows a mission-oriented strategic plan focused on delivering the best in care for the communities we serve and doing so in a manner that allows for ongoing success. The board is also responsible as the corporate fiduciary, advising and holding the CEO and management

team accountable to achieving their goals, and is under the governance of the UF Board of Trustees to align with the core principles and responsibilities of the University of Florida. The board has oversight and governing responsibility for the clinical enterprise, including all hospitals and our two faculty physician group practices.

## UF Health Shands Hospital Community Board of Directors

Each regional hospital system and our practice plans will continue to have their own local advisory boards that will be responsible for overseeing clinical excellence; fostering strong community connections; addressing local needs in the respective markets we serve, including medical staff matters; sharing opportunities for philanthropy; executing on strategy; and other similar matters.

- Paul Broadie II, PhD
  Chair, Board of Directors, UF Health Shands
  President, Santa Fe College
- Shakira Henderson, PhD, DNP, MS, MPH, EMBA, IBCLC, RNC-NIC
  Dean, UF College of Nursing
  System Chief Nurse Executive, UF Health
- Linda Parker Hudson
- Jonathan D. Licht, MD
  Director, University of Florida Health Cancer Center, The Marshall E. Rinker, Sr. Foundation and David B. and Leighan R. Rinker Chair
- Stephen J. Motew, MD, MHA, FACS
  Interim Chief Executive Officer, UF Health Shands
- Li-Ming Su, MD
  Chairman, UF Department of Urology
- Gilbert Upchurch Jr., MD
  Chairman, UF Dept of Surgery
- Dana N. Zimmel, DVM, DACVIM
  Dean, College of Veterinary Medicine
- Anita Zucker, PhD

## UF Health President and System CEO

- Stephen J. Motew, MD, MHA, FACS
  President and System CEO, UF Health

## Senior VP for Health Affairs

- David R. Nelson, MD
  Senior Vice President for Health Affairs, University of Florida

## Chief Administrative Officers

Our UF Health chief administrative officers provide executive leadership and guidance for the academic health center through broad-based core programs to support operations.

- Ed Daech
  Chief Human Resources Officer
  UF Health Clinical Enterprise
- Joe G.N. "Skip" Garcia, MD
  Associate Vice President for Research, UF Health
  Herbert A. Wertheim Professor of Inflammation Science, Center for Inflammation Science and Systems Medicine
- Geoffrey (Geoff) K. Gardner, CPA
  Executive Vice President, UF Health
  System Chief Financial Officer, UF Health
- Shakira Henderson, PhD, DNP, MS, MPH, EMBA, RNC-NIC, IBCLC
  System Chief Nurse Executive, UF Health
- Gigi Lipori, MT, MBA
  Senior Vice President and Chief Information Officer, UF Health
  Chief Information Officer, UF Health Science Center
  Chief Data Officer, UF Health Shands

- Jessica Thompson Melton, MHA
  Chief Transformation Officer, UF Health
- Kim Metzger
  Senior Associate Vice President and Chief Advancement Officer, UF Health
- Robert R. Michalski
  Vice President and Chief Compliance and Privacy Officer, UF Health
- John D. Phipps, MD
  Chief Clinical Officer, UF Health
- Melanie Fridl Ross, MSJ, ELS
  Chief Marketing and Communications Officer, UF Health
  Senior Vice President and Chief Marketing and Communications Officer, UF Health Shands
  Associate Vice President for Health Affairs, UF
- Bill Young
  Chief Legal Officer, UF Health

# College Deans

From the time of the academic health center's founding in 1956, it has operated as an academic enterprise dedicated to training a variety of professionals and to introducing knowledge that will safeguard the health of Florida's citizens.

UF Health encompasses the Gainesville-based colleges of Dentistry, Medicine, Nursing, Pharmacy, Public Health and Health Professions and Veterinary Medicine; the UF Health Shands family of hospitals; and the UF Health Jacksonville medical center and academic campus, which offers graduate education programs in medicine, nursing and pharmacy, and UF Health North. The colleges teach the full continuum of higher education from undergraduates to professional students to advanced postdoctoral students. Together with clinical programs and services across all six colleges, UF Health is helping to create Florida's future health care workforce.

- Isabel Garcia, DDS, MPH
  Dean, College of Dentistry (http://www.dental.ufl.edu/)
- Shakira Henderson, PhD, DNP, MS, MPH, EMBA, RNC-NIC, IBCLC
  Dean, College of Nursing (https://nursing.ufl.edu)
- Jennifer L. Hunt, MD, MEd
   (https://ufhealth.org/doctors/colleen-g-koch)  Interim Dean, College of Medicine (https://med.ufl.edu/)
- Peter W. Swaan, PhD, MPharm
  Dean, College of Pharmacy (http://www.cop.ufl.edu/)
- Beth A. Virnig, PhD, MPH
  Dean, College of Public Health and Health Professions (http://www.phhp.ufl.edu/)
- Dana Zimmel, DVM
  Dean, College of Veterinary Medicine (https://www.vetmed.ufl.edu/)

# College Senior Associate Deans

- Azra Bihorac, MD, MS, FCCM, FASN
  Senior Associate Dean for Research Affairs, College of Medicine
- Shelley Wells Collins, MD
  Senior Associate Dean for Educational Affairs, College of Medicine
- Marvin A. Dewar, MD, JD (https://ufhealth.org/assets/media/leadership/ufhealth-leaders-marvin-dewar.pdf)
  Senior Associate Dean, College of Medicine
  Chief Executive Officer, UF Health Physicians
- Linda R. Edwards, MD
  Dean of the Regional Campus, Jacksonville, College of Medicine
- Stephanie L. Hanson, PhD (https://ufhealth.org/assets/media/leadership/StephanieHanson_PHHP_Bio.pdf)
  Executive Associate Dean, College of Public Health and Health Professions
- Ann L. Horgas, PhD, RN, FGSA, FAAN
  Executive Associate Dean/Thomas M. and Irene B. Kirbo Endowed Chair, College of Nursing
- Tim Morey, MD
  Senior Associate Dean for Clinical Affairs, College of Medicine
- Martina Murphy, MD
  Senior Associate Dean for Graduate Medical Education, College of Medicine
- Mark Segal, MD, PhD
  Senior Associate Dean for Faculty Affairs and Professional Development, College of Medicine

# Institute and Center Directors

UF Health is a world leader in interdisciplinary research. With nine major research centers and institutes and more than 100 specialized research centers, UF Health is focused on health issues of importance to Floridians. Clinical research is growing rapidly at our Gainesville main campus and our vibrant regional campus in Jacksonville.

The institutes are designed to create collaborative research opportunities that follow the continuum from fundamental research to clinical research to patient care.

The UF Clinical and Translational Science Institute, the UF Diabetes Institute, the UF Emerging Pathogens Institute, the Evelyn F. and William L. McKnight Brain Institute of the University of Florida, the UF Genetics Institute, the UF Health Cancer Center, the UF Institute for Child Health Policy, the UF Institute on Aging, the UF Research and Academic Center at Lake Nona and the Herbert Wertheim UF Scripps Institute for Biomedical Innovation & Technology are designed to create collaborative research opportunities that follow the continuum from fundamental research to clinical research to patient care.

- Clinical and Translational Science Institute (http://www.ctsi.ufl.edu/)
  Director: Duane A. Mitchell, MD, PhD (https://ufhealth.org/doctors/duane-a-mitchell)
- Diabetes Institute (https://diabetes.ufl.edu/)
  Director: Todd Brusko, PhD
- Emerging Pathogens Institute (http://www.epi.ufl.edu/)
  Interim Director: Marco Salemi, PhD
- Genetics Institute
  Director: Thomas P. Burris, PhD
- Institute for Child Health Policy (http://www.ichp.ufl.edu/)
  Director: Elizabeth Shenkman, PhD
- Institute on Aging (http://www.aging.ufl.edu/)  Interim Director: Todd Manini, PhD
- McKnight Brain Institute (http://www.mbi.ufl.edu/)
  Director: Jennifer Bizon, PhD
- Norman Fixel Institute for Neurological Diseases at UF Health (https://fixel.ufhealth.org/)
  Executive Director: Michael S. Okun, MD (https://ufhealth.org/doctors/michael-s-okun)
  Co-Director: Kelly D. Foote, MD (https://ufhealth.org/doctors/kelly-d-foote)
- UF Health Cancer Center (https://cancer.ufl.edu/)
  Director: Jonathan D. Licht, MD (https://ufhealth.org/assets/media/leadership/ufhealth-leaders-jonathan-licht-2.pdf)

# UF Health Shands Executive Team

UF Health Shands features a teaching hospital, UF Health Shands Hospital, five specialty hospitals — UF Health Shands Cancer Hospital, UF Health Shands Children's Hospital, UF Health Psychiatric Hospital, UF Health Heart & Vascular Hospital and UF Health Neuromedicine Hospital — a network of outpatient rehabilitation centers, and a home health agency. UF Health Shands is affiliated with 80 UF Health Physicians primary care and specialty medical practices located throughout North Central Florida. UF Health Shands Hospital is also home to a state-designated Level I trauma center, a Level IV neonatal intensive care unit, a regional burn center and an emergency air and ground transport program.

- Leah Blackwell, MSN, MBA, RN, NEA-BC, FAONL
  Vice President Nursing and Patient Services and Chief Nursing Officer, UF Health Shands
- Cindy Charyulu-D'Orra
  Vice President of Revenue Cycle, UF Health Shands
- John Hollingsworth, MD
  Chief Quality Officer, UF Health Shands hospitals and practices
- Michael D. Holmes, MSA
  UF Health SVP and Greater Gainesville Regional President
- Jennifer L. Hunt, MD, MEd
  Interim Dean, UF College of Medicine
  Hospital Chief of Staff, UF Health Shands
- Nicole Iovine, MD, PhD
  Epidemiology Officer in Chief, UF Health Shands
- Randall C. Jenkins, Esq.
  Executive Administrator, UF Self-Insurance Program
- Larry McDowell, JD
  Vice President and Senior Counsel, UF Health Shands and related UF Health entities (Gainesville market)

- Timothy E. Morey, MD
  Chief Medical Officer, UF Health Shands
- Jennifer Nappo
  Vice President of Human Resources
- Eric Peburn
  Chief Financial Officer, UF Health Shands
- Gregory L. Stewart, LMHC, LCAC, LPCC
  Administrator, UF Health Psychiatric Hospital and Florida Recovery Center
- Jeff West
  Vice President Managed Care, UF Health Shands

## UF Health Central Florida Executive Team

- Phil Braun, JD
  Vice President and General Counsel
- Cheryl Chestnutt, RN, BSN, CPHQ
  Vice President, Chief Clinical Officer & Site Administrator UF Health Spanish Plaines Hospital
- Joshua Fleming, RN, BSN, MHA
  Vice President of Operations
- Heather B. Long, MSN, BA, RN
  SVP & Central Florida Regional President
- Amie Richason, SPHR
  Vice President Human Resources
- Lydia Hendrix, DNP, MS, BSN, CRRN
  Vice President, Administrator and Chief Nursing Officer for UF Health Leesburg Hospital
- Kimberly Kapes
  Vice President, Strategic Service Lines & UF Health Central Florida Medical Groups
- Dr. John Davidyock
  Senior Vice President & Chief Physician Executive
- Andrew Wampler, MBA
  Vice President, Finance
- Fernando Nascimento, MT(ASCP), MSLA, MBA
  Vice President, Clinical Operations

## UF Health Jacksonville

- [UF Health Jacksonville Executive Team](https://ufhealthjax.org/about/leadership.aspx)
- [UF Health Jacksonville Board of Directors](https://ufhealthjax.org/about/board-of-directors.aspx)
- [UF Health Jacksonville Fact Sheet](https://ufhealth.org/assets/media/fact-sheets/2024-uf-health-com-jacksonville-fact-sheet.pdf)
- [UF Health North Fact Sheet](https://ufhealth.org/assets/media/fact-sheets/uf-health-ufhn-fact-sheet.pdf)