# Ex. 4

2025 FLORIDA NOT FOR PROFIT CORPORATION AMENDED ANNUAL REPORT
Case: Pro Se 7 Corporation Amended 09/17/25 Page 2 of 3
FILED
Aug 15, 2025
Secretary of State
8983140809CC

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | D | | Title | D, P, CEO |
| Name | GUZICK, DAVID H. | | Name | LAPINSKI, EDWARD W. |
| Address | 1600 SW ARCHER RD P. O. BOX 100014 | | Address | 1600 SW ARCHER RD P. O. BOX 100327 |
| City-State-Zip: | GAINESVILLE FL 32610 | | City-State-Zip: | GAINESVILLE FL 32610 |

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | D | | Title | D |
| Name | HUNT, JENNIFER L. | | Name | BEEBE, EDMUND H. |
| Address | 226 TIGERT HALL<br>P.O. BOX 113150 | | Address | 226 TIGERT HALL<br>P.O. BOX 113150 |
| City-State-Zip: | GAINESVILLE  FL  32611 | | City-State-Zip: | GAINESVILLE  FL  32611 |
| Title | D | | Title | D |
| Name | FUCHS, W. KENT | | Name | STILLEY, ROBERT J. |
| Address | 226 TIGERT HALL<br>P.O. BOX 113150 | | Address | 226 TIGERT HALL<br>P.O. BOX 113150 |
| City-State-Zip: | GAINESVILLE  FL  32611 | | City-State-Zip: | GAINESVILLE  FL  32611 |
| Title | D | | Title | AS |
| Name | MANN, DAVID M. | | Name | YOUNG, THOMAS WILLIAM |
| Address | 226 TIGERT HALL<br>P.O. BOX 113150 | | Address | 3007 SW WILLISTON RD<br>P. O. BOX 100303 |
| City-State-Zip: | GAINESVILLE  FL  32611 | | City-State-Zip: | GAINESVILLE  FL  32608 |
| Title | CEO, P | | | |
| Name | HOLMES, MICHAEL D. | | | |
| Address | 1600 SW ARCHER RD<br>P.O. BOX 100326 | | | |
| City-State-Zip: | GAINESVILLE  FL  32610 | | | |