# Ex. 5

# 749322

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

RA sign/accept   8/29

Office Use Only



500452593845

2025 AUG 29 AM 8:59
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

SEP 08



FLORIDA DEPARTMENT OF STATE
Division of Corporations

August 6, 2025

SHANDS TEACHING HOSPITAL AND CLINICS, INC.
PAULA WILLIS
3007 SW WILLISTON RD, SUITE 1120
GAINESVILLE, FL  32608

SUBJECT: SHANDS TEACHING HOSPITAL AND CLINICS, INC.
Ref. Number: 749322


We have received your document for SHANDS TEACHING HOSPITAL AND CLINICS, INC. and your check(s) totaling $35.00.  However, the enclosed document has not been filed and is being returned for the following correction(s):

The document must contain written acceptance by the registered agent, (i.e. "I hereby am familiar with and accept the duties and responsibilities as registered agent for said corporation/limited liability company"); and the registered agent's signature.

The registered agent must sign accepting the designation.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6939.

Stacy Prather
Regulatory Specialist III                                  Letter Number: 625A00017456


www.sunbiz.org

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

## COVER LETTER

TO: Amendment Section
    Division of Corporations

**NAME OF CORPORATION:** Shands Teaching Hospital and Clinics, INC.

**DOCUMENT NUMBER:** 749322

The enclosed *Articles of Amendment* and fee are submitted for filing. Please return all correspondence concerning this matter to the following:

Paula Willis
(Name of Contact Person)

Shands Teaching Hospital and Clinics, Inc.
(Firm/ Company)

3007 SW Williston Rd. Suite 1120
(Address)

Gainesville, FL 32608
(City/ State and Zip Code)

paula.willis@ufhealth.org
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Paula Willis                                    at    352-627-9045
(Name of Contact Person)                              (Area Code)   (Daytime Telephone Number)

Enclosed is a check for the following amount made payable to the Florida Department of State:

■ $35 Filing Fee   ☐ $43.75 Filing Fee &   ☐ $43.75 Filing Fee &   ☐ $52.50 Filing Fee
                   Certificate of Status    Certified Copy          Certificate of Status
                                            (Additional copy is     Certified Copy
                                            enclosed)               (Additional Copy is
                                                                    Enclosed)

**Mailing Address**                **Street Address**
Amendment Section                  Amendment Section
Division of Corporations           Division of Corporations
P.O. Box 6327                      The Centre of Tallahassee
Tallahassee, FL 32314              2415 N. Monroe Street, Suite 810
                                   Tallahassee, FL 32303



UF Health Shands

Legal Services

August 28, 2025

P.O. Box 100303
Gainesville, FL 32610-0303
Phone: 352.627.9045
Fax: 352.627.9049
UFHealth.org

ATTN: Stacy Prather
Division of Corporations
2415 North Monroe Street
Suite 810
Tallahassee, FL 32303

RE: **SHANDS TEACHING HOSPITAL AND CLINICS, INC.**
**REF. NUMBER: 749322**

Dear Stacy:

Pursuant to your request, please find enclosed a copy of the written acceptance of Registered Agent, Thomas William Young, as required by the Division of Corporations.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact our office.

Sincerely,

Paula Willis
Senior Associate General Counsel

Enclosures:  Amended and Restated Articles of Incorporation
Written Acceptance by Registered Agent
Division of Corporations Correction Letter

Letter Number: 625A00017456

Patient Care • Research • Education

UF Health is a collaboration of the University of Florida Health Science Center, Shands hospitals and other health care entities.

# AMENDED AND RESTATED ARTICLES OF INCORPORATION OF SHANDS TEACHING HOSPITAL AND CLINICS, INC.

## ARTICLE I
### Name

The name of the corporation is SHANDS TEACHING HOSPITAL AND CLINICS, INC. (the "Corporation").

## ARTICLE II
### Perpetual Existence

The Corporation shall have perpetual existence.

## ARTICLE III
### Principal Office

The street address of the principal office of the Corporation is 1600 SW ARCHER ROAD, GAINESVILLE, FL 32610

## ARTICLE IV
### Purposes and Powers

The Corporation is organized as a not-for-profit corporation under Chapter 617, Florida Statutes, for the following purposes:

(a) To primarily support the health affairs mission of the University of Florida Board of Trustees, including, but not limited to, providing health care services, health care education, and research for the benefit of Florida citizens in a manner consistent with Section 1004.41, Florida Statutes.

(b) To govern and carry out the purposes of organizations, each of which is described in Sections 501(c)(3) and 509(a)(1) or 509(a)(2) of the Internal Revenue Code of 1986 or the corresponding provisions of any future United States Internal Revenue Law (the "Code"), that acquire, own, operate and maintain hospitals in Florida that provide for the care of persons suffering from illness and/or disabilities without regard to race, creed, color, sex, religious belief or national origin, and that furthers the promotion of health.

(c) To serve as part of a system of not-for-profit organizations operated to further charitable purposes and to make contributions and expenditures in furtherance thereof.

(d) To exercise all of the powers enumerated in Section 617.0302, Florida Statutes, as it now exists or is subsequently amended or superseded and to do and perform such acts and to have such powers as shall be desirable and necessary in furtherance of any of the powers herein above enumerated which are not in derogation of the laws of the State of Florida or the limitations in Article VI of these Amended and Restated Articles of

1

Incorporation.

The Corporation is organized exclusively for charitable, scientific or educational purposes within the meaning of Section 501(c)(3) of the Code, and carries out those objectives primarily in support of the health affairs mission of the University of Florida Board of Trustees, in a manner consistent with Section 1004.41, Florida Statutes. In addition, the Corporation shall be authorized to exercise the powers permitted not-for-profit corporations under Chapter 617, Florida Statutes; provided, however, that the Corporation in exercising any one or more of such powers shall do so in compliance with the provisions of Article V of these Amended and Restated Articles of Incorporation.

## ARTICLE V
## Limitation on Corporate Powers

1. All of the assets and the earnings of the Corporation shall be used exclusively for charitable, scientific or educational purposes within the meaning of Section 501(c)(3) of the Code.

2. No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to, a private party, including directors or officers of the Corporation, except that the Corporation shall be empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth herein.

3. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation (except to the extent permitted pursuant to an election made under Section 501(h) of the Code), and the Corporation shall not participate in, or intervene in (including the publication or distribution of statements) any political campaign on behalf of, or in opposition to, any candidate for public office.

4. The Corporation shall not carry on any activities not permitted to be carried on (a) by an organization exempt from taxation under Section 501(a) of the Code as an organization described in Section 501(c)(3) of the Code, or the corresponding provision of any future United States Internal Revenue Law, or (b) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Code.

## ARTICLE VI
## Board of Directors

The Board of Directors of the Corporation shall be as described and determined by the Bylaws.

## ARTICLE VII
## Registered Office and Registered Agent

The registered office of the Corporation is located at 3007 SW WILLISTON ROAD, SUITE 1120, GAINESVILLE, FL 32608, and the registered agent at such office is Thomas William Young, whose acceptance of appointment as registered agent for the Corporation is set forth below.

## ARTICLE VIII
## Distribution Upon Dissolution or Liquidation

2

Upon the dissolution of the Corporation, the Corporation's board of directors shall, after paying or making provision for the payment of all liabilities of the Corporation, distribute all of the assets of the Corporation to University of Florida Board of Trustees to be used exclusively for public purposes.

Any such assets not so disposed of shall be disposed of by the Circuit Court in Alachua County, Florida, exclusively for such purposes or to such organization or organizations, as such Court shall determine, which are organized and operated exclusively for charitable, educational or scientific purposes, and which would then qualify as exempt from federal income taxation under Section 501(a) of the Code as organizations described in Section 501(c)(3) of the Code. No director, officer or private individual shall be entitled to share in the distribution of any corporate assets upon dissolution of the Corporation.

## ARTICLE IX
## Amendments

These Amended and Restated Articles of Incorporation may be amended only upon approval of the University of Florida Board of Trustees.

## ARTICLE X
## Adoption and Approval

The Amended and Restated Articles of Incorporation was adopted by the members and the number of votes cast for the Amendment was sufficient for approval.

## ARTICLE XI
## Effective Date

These Amended and Restated Articles of Incorporation shall be effective on September 26, 2024

The undersigned has executed these Amended and Restated Articles of Incorporation as of the 26 day of September 2024.

Name: Stephen J. Motew, MD, MHA, FACS
Title: President & System CEO, UF Health

FILED 2025 AUG 29 AM 8:59 SECRETARY OF STATE TALLAHASSEE, FLORIDA

# REGISTERED AGENT ACCEPTANCE FOR AMENDED AND RESTATED ARTICLES OF INCORPORATION OF SHANDS TEACHING HOSPITAL AND CLINICS, INC.

In accordance with ARTICLE VII, Registered Office and Registered Agent, of the above-referenced Amended and Restated Articles of Incorporation, I, THOMAS WILLIAM YOUNG, state my acceptance as follows:

> *I hereby accept the appointment of registered agent for SHANDS TEACHING HOSPITAL AND CLINICS, INC., and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

Signature of Registered Agent: _____

Name of Registered Agent:   Thomas William Young

Date: September 26, 2024

FILED 2025 AUG 29 AM 8:59
SECRETARY OF STATE
TALLAHASSEE, FLORIDA