# Ex. 6

# 2025 FLORIDA NOT FOR PROFIT CORPORATION AMENDED ANNUAL REPORT

DOCUMENT# N07000010388

Entity Name: CENTRAL FLORIDA HEALTH, INC.

## Officer/Director Detail :

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR, CHAIR | | Title | ASST. SECRETARY |
| Name | POWERS, MARSHA D. | | Name | BRAUN, PHILIP J. |
| Address | 226 TIGERT HALL P.O. BOX 113150 | | Address | 715 W OAK TERRACE DRIVE |
| City-State-Zip: | GAINESVILLE FL 32611 | | City-State-Zip: | LEESBURG FL 34748 |
| Title | DIRECTOR | | Title | PRESIDENT, CEO |
| Name | LEWIS, GREGORY R. | | Name | LONG, HEATHER B. |
| Address | 226 TIGERT HALL P.O. BOX 113150 | | Address | 410 CHILDS ST |
| City-State-Zip: | GAINESVILLE FL 32611 | | City-State-Zip: | LEESBURG FL 34748 |
| Title | INTERIM CFO, TREASURER | | Title | DIRECTOR |
| Name | BAILEY, KENT | | Name | NEVILLE, TODD D. |
| Address | 410 CHILDS ST | | Address | 226 TIGERT HALL P.O. BOX 113150 |
| City-State-Zip: | LEESBURG FL 34748 | | City-State-Zip: | GAINESVILLE FL 32611 |
| Title | DIRECTOR | | Title | DIRECTOR, VC |
| Name | HUNT, M.D., JENNIFER L. | | Name | MOTEW, STEPHEN J. |
| Address | 226 TIGERT HALL P.O. BOX 113150 | | Address | 1600 SW ARCHER RD P.O. BOX 100326 |
| City-State-Zip: | GAINESVILLE FL 32611 | | City-State-Zip: | GAINESVILLE FL 32610 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered*.

SIGNATURE: PHILIP J. BRAUN, R.A.     REGISTERED AGENT     08/14/2025

Electronic Signature of Signing Officer/Director Detail     Date

**Officer/Director Detail Continued :**

| | | | |
|---|---|---|---|
| Title | ASST. SECRETARY | Title | DIRECTOR |
| Name | YOUNG, THOMAS W. | Name | BEEBE, EDMUND H. |
| Address | 3007 SW WILLISTON RD<br>P.O. BOX 1000303 | Address | 226 TIGERT HALL<br>P.O. BOX 113150 |
| City-State-Zip: | GAINESVILLE  FL  32608 | City-State-Zip: | GAINESVILLE  FL  32611 |
| Title | DIRECTOR | Title | DIRECTOR |
| Name | FUCHS, KENT W. | Name | STILLEY, ROBERT J. |
| Address | 226 TIGERT HALL<br>P.O. BOX 113150 | Address | 226 TIGERT HALL<br>P.O. BOX 113150 |
| City-State-Zip: | GAINESVILLE  FL  32611 | City-State-Zip: | GAINESVILLE  FL  32611 |
| Title | DIRECTOR | Title | DIRECTOR, SECRETARY |
| Name | MANN, DAVID M. | Name | FULLER, RYAN |
| Address | 226 TIGERT HALL<br>P.O. BOX 113150 | Address | 226 TIGERT HALL<br>P.O. BOX 113150 |
| City-State-Zip: | GAINESVILLE  FL  32611 | City-State-Zip: | GAINESVILLE  FL  32611 |