# Ex. 8

DOCUMENT# 702676

**Entity Name:** LEESBURG REGIONAL MEDICAL CENTER, INC.

**Current Principal  Place of Business:**

600 E. DIXIE AVENUE
LEESBURG, FL  34748

**Current Mailing Address:**

600 E. DIXIE AVENUE
LEESBURG, FL  34748  US

**FEI Number: 59-0878982**                     **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BRAUN, PHILIP J
715 WEST OAK TERRACE DR
LEESBURG, FL  34748  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

　　　　　　Electronic Signature of Registered Agent                                      Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR, CHAIR | | Title | ASST. SECRETARY |
| Name | POWERS, MARSHA D. | | Name | BRAUN, PHILIP J. |
| Address | 226 TIGERT HALL P.O. BOX 113150 | | Address | 715 W OAK TERRACE DRIVE |
| City-State-Zip: | GAINESVILLE  FL  32611 | | City-State-Zip: | LEESBURG  FL  34748 |
| | | | | |
| Title | DIRECTOR | | Title | PRESIDENT, CEO |
| Name | LEWIS, GREGORY R. | | Name | LONG, HEATHER B. |
| Address | 226 TIGERT HALL P.O. BOX 113150 | | Address | 600 E. DIXIE AVENUE |
| City-State-Zip: | GAINESVILLE  FL  32611 | | City-State-Zip: | LEESBURG  FL  34748 |
| | | | | |
| Title | INTERIM CFO, TREASURER | | Title | DIRECTOR |
| Name | BAILEY, KENT | | Name | NEVILLE, TODD D. |
| Address | 600 E. DIXIE AVENUE | | Address | 226 TIGERT HALL P.O. BOX 113150 |
| City-State-Zip: | LEESBURG  FL  34748 | | City-State-Zip: | GAINESVILLE  FL  32611 |
| | | | | |
| Title | DIRECTOR | | Title | DIRECTOR, VC |
| Name | HUNT, M.D., JENNIFER L. | | Name | MOTEW, STEPHEN J. |
| Address | 226 TIGERT HALL P.O. BOX 113150 | | Address | 1600 SW ARCHER RD P.O. BOX 100326 |
| City-State-Zip: | GAINESVILLE  FL  32611 | | City-State-Zip: | GAINESVILLE  FL  32611 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PHILIP J. BRAUN, R.A.                      REGISTERED AGENT        08/14/2025

　　　　　Electronic Signature of Signing Officer/Director Detail                                      Date

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | ASST. SECRETARY | | Title | DIRECTOR |
| Name | YOUNG, THOMAS W. | | Name | BEEBE, EDMUND H. |
| Address | 3007 SW WILLISTON ROAD<br>P.O. BOX 100303 | | Address | 226 TIGERT HALL<br>P.O. BOX 113150 |
| City-State-Zip: | GAINESVILLE FL 32608 | | City-State-Zip: | GAINESVILLE FL 32611 |
| | | | | |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | FUCHS, KENT W. | | Name | STILLEY, ROBERT J. |
| Address | 226 TIGERT HALL<br>P.O. BOX 113150 | | Address | 226 TIGERT HALL<br>P.O. BOX 113150 |
| City-State-Zip: | GAINESVILLE FL 32611 | | City-State-Zip: | GAINESVILLE FL 32611 |
| | | | | |
| Title | DIRECTOR | | Title | DIRECTOR, SECRETARY |
| Name | MANN, DAVID M. | | Name | FULLER, RYAN |
| Address | 226 TIGERT HALL<br>P.O. BOX 113150 | | Address | 226 TIGERT HALL<br>P.O. BOX 113150 |
| City-State-Zip: | GAINESVILLE FL 32611 | | City-State-Zip: | GAINESVILLE FL 32611 |