## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ALEXIS ALBERT et al.,

                           Plaintiffs,

v.

AMERICAN SOCIETY OF HEALTH-SYSTEM
PHARMACISTS, INC. et al.,

                           Defendants.

Civ. No. 8:25-cv-00673-DLB

### DECLARATION OF PHILIP BRAUN

I, Philip Braun, declare as follows:

I am an assistant secretary for Leesburg Regional Medical Center, Inc. I make this declaration based on my own personal knowledge and records reasonably available to me in my role as assistant secretary for Leesburg Regional Medical Center. If called as a witness, I could and would testify competently to the matters stated herein.

1.      Attached hereto as **Exhibit 10** is a true and correct copy of the Amended and Restated Articles of Incorporation and Amended and Restated Bylaws of Shands Teaching Hospitals and Clinics, Inc., both dated September 26, 2024.

2.      Attached hereto as **Exhibit 11** is a true and correct copy of the Amended and Restated Bylaws of Central Florida Health, Inc. dated June 4, 2025.

3.      Attached hereto as **Exhibit 12** is a true and correct copy of the Amended and Restated Bylaws of Leesburg Regional Medical Center, Inc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 17, 2025
      Leesburg, Florida

                           Philip Braun