# Ex. 11

Exhibit A

# AMENDED AND RESTATED
# BYLAWS OF
# CENTRAL FLORIDA HEALTH, INC.

## ARTICLE I – PURPOSES

The Central Florida Health, Inc. "Corporation") is organized as a private, not-for-profit corporation under Chapter 617, Florida Statutes, for the purposes stated in the Articles of Incorporation. Except as limited by the Articles of Incorporation or these Bylaws, the Corporation shall have and exercise all of the powers enumerated in Chapter 617, Florida Statutes, as it now exists or is subsequently amended or superseded.

The Corporation is organized exclusively for charitable purposes as a not for profit corporation within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, and its activities shall be conducted for such purposes and in such a manner that no part of its net earnings shall inure to the benefit of any member, director, officer or individual. In addition, the Corporation shall be authorized to exercise the powers permitted not for profit corporations under Chapter 617, Florida Statutes; provided, however, that the Corporation in exercising any one or more powers shall do so in furtherance of the exempt purposes for which it has been organized as described in Section 501(c)(3) or any additions or amendments thereto, and in a manner consistent with the provisions of Florida Statutes, Section 1004.41, as amended, for the primary purpose of supporting the University of Florida Board of Trustees' ("University" or "University Board of Trustees") health affairs mission of community service and patient care, education and training of health professionals, and clinical research.

## ARTICLE II- SOLE MEMBER

The Corporation's sole member shall be Shands Teaching Hospital and Clinics, Inc., a Florida not for profit corporation ("Shands").

## ARTICLE III – OFFICES

The principal office of the Corporation will be in Lake or Sumter County, Florida.

## ARTICLE IV– BOARD OF DIRECTORS

**Section 1.** The Corporation shall be managed by or under the direction of its board of directors (the "Board of Directors" or "Board"). The members of the Board (the "Board Members"), at any given time, shall be those same individuals who are serving, at such given time, as members of Sole Member board of directors, unless otherwise determined by the University of Florida President pursuant to Section 1004.41, Florida Statutes or the University of Florida Health Corporation Board ("UF Health"). The Board shall carry out the purposes of the Corporation in compliance with the Articles of Incorporation and these Bylaws.

**Section 2.** The powers of the Corporation shall be vested in the Board, which shall have charge, control and management of the property, affairs and funds of the Corporation and shall have the power

and authority to do and perform all acts and functions not inconsistent with these Bylaws or with the Articles of Incorporation.

**Section 3.** No Board Member shall participate in Board consideration of or vote on any matter when that Board Member has a conflict of interest or a duality of interest in the matter under consideration, as determined by the Board. The manner in which the Board shall determine whether a conflict of interest or duality of interest exists shall be set forth in a policy adopted by the Board. That policy shall only be amended by action taken by the Board as otherwise provided in these Bylaws.

## ARTICLE V - REGULAR AND SPECIAL MEETINGS OF THE BOARD OF DIRECTORS

**Section 1. Calling Meetings.** At least one annual meeting of the Board will be held at a place chosen by the Chairperson for the convenience of the Directors. The day, hour, and place of the meetings will be determined by the Chairperson.

**Section 2. Special Meetings.** Special meetings of the Board may be called by the Chairperson or three or more Directors.

**Section 3. Quorum and Voting.** A majority of Directors in office immediately before a meeting begins will constitute a quorum at any duly noticed meeting of the Board, and the vote of a majority of the voting Directors present in person at a meeting at which a quorum is present shall be the act of the Board, unless required by applicable law, statute, regulation, the University Governance Standards, the Corporation's Articles of Incorporation, or these Bylaws. If less than a quorum is present at a meeting, a majority of the Directors present may adjourn the meeting from time to time without further notice other than an announcement at the meeting, until a quorum shall be present.

**Section 4. Meeting by Telephone and Video Conference.** Directors of the Board or any committee members thereof may participate in a regular or special meeting by, or conduct the meeting using any means of communication by which all Directors participating may hear each other during the meeting. A Director participating in a meeting by this means is deemed to be present in person at the meeting.

**Section 5. Presiding Officer.** The Chairperson, or in his or her absence the Vice Chairperson, will preside at meetings of the Board.

**Section 6. Minutes.** Minutes of any Board meeting will be presented for approval at the next meeting of the Board.

**Section 7. Proxies.** Proxies, general or special, will not be accepted for any purpose in the meetings of the Board or Committees.

**Section 8. Roll Call.** At the beginning of any meeting, the Chairperson or Secretary will determine the presence or absence of a quorum. The roll will thereafter only be called upon the request of the University President or any Director, and after each roll call the presence or absence of a quorum will be announced.

2

121283404.3

**Section 9. Notice.** The Chairperson or Secretary shall provide notice of each meeting of the Board not fewer than three calendar days preceding the meeting.

**Section 10. Waiver of Notice.** Whenever any notice is required to be given under the provisions of the Florida Not for Profit Corporation Act or under the provisions of the Corporation's Articles of Incorporation or these Bylaws, a written waiver of the notice signed by the person or persons entitled to notice, whether before or after the time the notice was required, will be deemed equivalent to the giving of the notice.

**Section 11. Meeting Attendance.** All Directors are required to attend a majority of meetings of the Board held during a fiscal year. Attendance at a meeting of the Board may be in person, by telephone or by video conference.

## ARTICLE VI- COMMITTEES OF THE BOARD OF DIRECTORS

**Section 1. Appointment of Committees.** The Board will establish an Executive Committee, Compensation and Talent Committee, Finance/Audit and Investment Committee, Quality and Reliability Committee, and the Governance Committee and may appoint such additional committees as it from time to time deems appropriate for the efficient operation of the Corporation. The Chairperson, after consultation with the Governance Committee, shall appoint such persons and assign such duties to the committees the Chairperson deems appropriate to accomplish the purpose of such committee, including a Chairperson for each Committee, with the following restrictions: all Committee Chairs must also be current Directors, the Executive Committee and the Compensation and Talent Committee shall only consist of Directors, and the other Committees will consist of a majority of Directors, but may also include other University and Corporation employees or community members. Each Committee must have two (2) or more members who serve at the pleasure of the Board of Directors and members will serve for four (4) years, unless appointed for a different term. Notwithstanding the specific committee membership terms provided in this section, the Board may from time to time assign shorter or longer terms for members in order to maintain a staggered and orderly membership turnover.

**Section 2. Committee Actions.** All actions of any committee or sub-committee purporting to bind the Corporation, except the Executive Committee and the approvals for credentialing and clinical privileging, will require approval or ratification by the Board or shall be deemed void ab initio and of no force or effect. Each Committee shall maintain written minutes of its meetings. A Committee or sub-committee that includes persons who are not Directors of the Board must have the presence of a majority of Directors of the Board to constitute a quorum at any meeting and the affirmative vote of a majority of the Committee or sub-committee members who are also Directors of the Board will be the act of such Committee or sub-committee.

**Section 3. Committee Removal.** A Committee member may be removed from a committee for any reason by a majority vote of the Board, the Board, the Board of Trustees Chair or University President.

**Section 4. Executive Committee.** The membership of the Executive Committee will include the UF Health CEO, Chairperson of the Board, the University of Florida Executive Vice President of

3

Health Affairs (the UF EVP) and other Directors as determined by the Chairperson after consultation with the Board. Subject to the limitations contained in the Restated Articles of Incorporation and University Governance Standards, the Executive Committee shall have such powers and authority as the Board may delegate to it, including, but not limited to the power to act on behalf of the Board. The Executive Committee may consider matters that are within the scope of other committees, at the discretion of the, the Chairperson, the UF EVP, UF Health CEO or the Board. Minutes of all Executive Committee meetings shall be recorded and forwarded to the Board.

**Section 5. Compensation and Talent Committee.** The Compensation and Talent Committee shall review compensation. The activities of the Compensation and Talent Committee shall include, but not be limited to:

    (a)    Review of annual productivity goals, including methodology;

    (b)    Review annual goal grading and payout plans;

    (c)    Review and approve executive compensation; and

    (d)    Executive succession planning.

**Section 6. Finance, Audit and Investment Committee.** The Finance, Audit and Investment Committee plays an important financial and risk oversight role for the Board, directing finance, audit and risk management resources to obtain insights needed. Activities include but are not limited to financial review and oversight to the Board for a broad range of fiscal, business development and management issues and policies, including establishing and implementing an investment policy to enhance and protect corporate funds, recommending debt / capitalization, recommending the annual budget (capital and operating).

**Section 7. Quality and Reliability Committee.** The Quality and Reliability Committee shall ensure that safe, high-quality care is provided at all Corporation practice sites and facilities, and will serve to support clinical excellence in general. The activities of the Quality and Reliability Committee shall include, but shall not be limited to:

    (a)    Developing, reviewing, and monitoring relevant quality and safety metrics from all practice sites and facilities.

    (b)    Approving annual quality targets and methodology; and

    (c)    Ensuring that quality and safety programs are coordinated effectively, in collaboration with the component units and their respective quality and safety efforts

## ARTICLE VII - OFFICERS OF THE CORPORATION

4

121283404.3

**Section 1. Officers.** The officers of the Corporation shall consist of: a Chairperson of the Board, who shall be the President of the University or his or her designee and a Vice Chairperson of the Board, who shall be the Executive Vice President for Health Affairs of the University. The Chairperson may appoint a Secretary, Treasurer, and other Officers, as appropriate, to perform those duties and to coordinate those areas of responsibility as may be assigned by the CEO. Such appointments shall require Board approval. The Chairman of the Board shall preside at all meetings of the Board of Directors at which he or she is present, and shall be an ex-officio member of all Committees except the Audit and Compliance Committee.

**Section 2. Corporation's Chief Executive Officer.** The Board of Directors, after Consultation with the UF Health CEO, shall select and appoint a Chief Executive Officer, who shall be its representative in the management of the Corporation. The Chief Executive Officer shall report to the Board of Directors and the UF Health CEO, and shall, be responsible for the development and execution of the strategic goals of the Corporation. The Chief Executive Officer shall have the authority to approve expenditures subject to the thresholds established by the Board and the University Governance Standards, and shall be responsible for maintenance and management of the activities and personnel of the Corporation and will perform other duties assigned by the Board and the UF Health CEO, these Bylaws and any contractual arrangement between the Chief Executive Officer and the Corporation, as the case may. Subject to the necessary approvals provided in, and consistent with, the University Governance Standards and any other delegated authorities, the Board and UF Health CEO shall have the following authorities and responsibilities over the Chief Executive Officer:

(a) Hiring and appointing as provided in this Section;

(b) Conducting the performance assessments;

(c) Assessing and determining compensation; and

(d) Removing the CEO consistent with the requirements provided in Section 4 below.

**Section 3. Resignation.** An Officer may resign at any time by submitting a written resignation to the Chairperson. Such resignation shall not prejudice any contractual right such Officer may have under any employment, severance or other agreement by and between the Officer and the Corporation.

**Section 4. Removal.** Any Officer may be removed, with or without cause, by the Board, after prior consultation with the UF Health CEO; provided, however, that any such removal shall be in accordance with, and not in breach of, and shall not prejudice any contractual right such Officer may have under any employment, severance or other agreement by and between the Officer and the Corporation. Subject to the University Governance Standards, the Chief Executive Officer may be removed for cause by the Board.

**Section 5. Compensation.** Reasonable compensation as determined by the Board, after consultation with the UF Health CEO, subject to the University Governance Standards and any Board of Directors Conflicts of Interest policies, as the case maybe, may be paid to Officers of the Corporation. In addition, Officers may receive other benefits associated with their employment, as determined by the

5

Board or the UF Health CEO, as the case may be, and may be reimbursed for reasonable expenses incurred for travel, meals and lodging when traveling on corporate business.

## ARTICLE VIII–COMMUNITY BOARD

The UF Health Board or this Board of Directors may establish a Community Board to further strengthen the Corporation's relationships with the Medical Staff, community leaders and local residents. The Community Board shall provide local knowledge, critical thinking and analysis to aid and assist the decision making of the Board of Directors by gathering and reviewing relevant information and making recommendations to the UF Health Board, this Board of Directors and Board Committees to the extent permissible under these Bylaws and the law. The Board of Directors with input from the Community Board may adopt procedures which set forth the purpose, membership, duties and operations of the Community Board. The Community Board shall act solely in an advisory role and its creation shall not be deemed to grant any kind of decision-making or final approval right to the Community Board unless specifically delegated by UF Health Board or this Board of Directors

## ARTICLE IX - MISCELLANEOUS PROVISIONS

**Section 1. Regulations.** In addition to the provisions of the Corporation's Articles of Incorporation and these Bylaws, the Corporation shall at all times comply with applicable University and Board of Governors Regulations, and University Governance Standards (as defined above), and any amendments to any of the foregoing.

**Section 2. University President.** The University President or a designee approved by the Board of Trustees Chair shall (i) monitor the use of the University's resources by the Corporation, (ii) monitor use of the University name by the Corporation, (iii) monitor compliance of the Corporation with federal and state laws, and (iv) approve any proposed contributions of funds or supplements by the Corporation to support the University.

**Section 3. Non-discrimination.** Neither the Corporation nor any direct or indirect subsidiary of the Corporation, will discriminate based on race, creed, color, religion, sex, sexual orientation, age, marital status, national origin, disability, political opinions or affiliations and veteran status under the Vietnam Era Veterans' Readjustment Assistance Act.

**Section 4. Corporation Employees**. No person employed by the Corporation will be considered to be an employee of the State of Florida or the University solely by virtue of his or her employment by the Corporation. Notwithstanding the above, any University employee providing services to or on behalf of the Corporation shall continue to be considered a University employee subject to terms of such employment.

**Section 5. Indemnification.**

(a) Indemnification. Subject to the limitations in Section 5(b), every Director and Officer of the Corporation (each, an "Indemnified Party") shall be entitled to be indemnified by

6

121283404.3

the Corporation against all expenses and liabilities, including attorneys' fees, reasonably incurred by or imposed on such Indemnified Party in connection with any proceeding, including any appeal, or any settlement of any proceeding to which the Indemnified Party may be a party or in which he or she becomes involved as a result of 15 serving as a Director or Officer. The Indemnified Party does not have to be a Director or Officer at the time the expenses or liabilities are incurred or imposed. This indemnification is in addition to and not exclusive of all other rights to which an Indemnified Party may be entitled.

(b)     Exceptions and Limitations. The indemnification set forth above does not apply in the case of an action by, or in the right of, the Corporation. A Director or Officer is entitled to indemnification only if he or she acted in good faith and in a manner he or she reasonably believed to be in, or not opposed to, the best interests of the Corporation and (where applicable) had no reasonable cause to believe his or her conduct was unlawful or contrary to the best interests of the Corporation.

**Section 6. Fiscal Year.** The Corporation's fiscal year shall be July 1 - June 30.

**Section 7. Review of Mission.** The University Board of Trustees shall periodically review the mission and activities of the Corporation to ensure it supports one or more of the purposes of the University.

**Section 8. Written Policies.** The Corporation shall have written policies on ethics, conflicts of interest, personnel, discrimination and sexual harassment.

## ARTICLE X-AMENDMENTS, ETC.

**Section 1. Amendments.** Subject to, and not inconsistent with (i) the University Governance Standards, (ii) the Corporation's Articles of Incorporation, and (iii) the provisions of Article 4 hereof, these Bylaws 16 of the Corporation may be amended, modified, revised or restated by a majority vote of the Board with the prior approval of the Board of Trustees Chair and the University President.

**Section 2. Fiscal Year.** The fiscal year of the Corporation may be amended by the Board with approval of the Board of Trustees Chair and University President.

**Section 3. Severability.** The invalidity of any provisions of these Bylaws shall not affect the other provisions hereof, and in such event these Bylaws will be construed in all respects as if such invalid provision were omitted.

Adopted by the Board of Directors on: June ___4___, 2025.

_____
Stephen J. Motew, MD, MHA, FACS
President & System CEO, UF Health

7

121283404.3