UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT ET AL., *Plaintiffs,* v. AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. ET AL., *Defendants.* | Civil Action No. 8:25-cv-00673-DLB |

**[PROPOSED] ORDER**

Upon consideration of Defendant Leesburg Regional Medical Center, Inc.'s supplemental Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 113), any opposition thereto, and the entire record in this matter, it is on this _____ day of _____, 2025, hereby

**ORDERED**, that Defendant's Motion to Dismiss is **GRANTED**; and

**ORDERED**, that Plaintiffs' Amended Complaint is **DISMISSED** with prejudice as to Defendant Regional Medical Center, Inc.

**IT IS SO ORDERED.**

_____
Hon. Deborah L. Boardman
United States District Judge