IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALBERT ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. ET AL., <br><br> Defendants. | Civil No. 8:25-cv-00673-DLB |

### DECLARATION OF ELLIOTT PERANSON IN SUPPORT OF DEFENDANT NATIONAL MATCHING SERVICES INC.'S SUPPLEMENTAL MOTION TO DISMISS BASED ON LACK OF PERSONAL JURISDICTION

I, Elliott Peranson, hereby declare and state as follows:

1. I am over 18 years old and am a beneficial owner of National Matching Services Inc. ("NMS"). As such, I have personal knowledge of the facts set forth herein or know of such facts, including based on my inspection of the records maintained in the ordinary course of business to which I have access, and based on the research and results thereof conducted by team members with whom I work. If called as a witness, I could and would testify to the accuracy of the matters set forth herein.

2. NMS has no offices or employees located in Maryland, or elsewhere in the United States. NMS's employees and offices are located in Canada exclusively. NMS has no property located in the United States.

3. NMS has eight employees, none of whom reside in the United States. NMS has never employed a United States resident.

4. I read the operative complaint in this lawsuit including the allegation made by Plaintiffs that NMS sends personnel to various states within the United States to transact

business with its clients—professional and educational associations. Although NMS employees from time to time have traveled to various states within the United States to meet with existing or potential clients and to attend conferences and trade shows, NMS's business development practices have never involved directly marketing to individual applicants.

5. NMS maintains a website that can be accessed at natmatch.com, which contains terms of use which every participant in the Pharmacy Residency Matching Program (the "Match") must acknowledge, and to which every Match participant agrees as a condition of use ("Terms of Use"). The Terms of Use were last updated on May 8, 2018 and can be accessed at natmatch.com/terms/tou.html. A true and correct copy of the Terms of Use as displayed on the website is attached hereto as **Exhibit A**. Among other provisions, the Terms of Use include an "Acceptance" provision, the first sentence of which is displayed in bold letters, whereby users acknowledge that "By accessing the natmatch.com and/or matchprogram.org web domains (the "Site" or "Sites"), you acknowledge these terms of use and agree to be bound by them." The Terms of Use also include an "Applicable Law" provision whereby users agree that "Except where prohibited by the laws of your jurisdiction, this site will be governed by and construed in accordance with the laws of the Province of Ontario and the federal laws of Canada applicable therein, without regard to the principles of conflicts of law."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2025

_____
Elliott Peranson