UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXIS ALBERT ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC. ET AL.,<br><br>*Defendants.* | Civil Action No. 8:25-cv-00673-DLB |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 234)**

*Scharpf v. General Dynamics Corp.*, No. 1:23-cv-01372 (E.D. Va. Nov. 26, 2025), ECF No. 357 (hereinafter "*Scharpf* Order") does not save Plaintiffs' failure to plausibly allege a horizontal agreement among the Program Defendants for three reasons:

*First*, *Scharpf* dooms Plaintiffs' claim of direct evidence of a conspiracy. *Scharpf* reaffirms that direct evidence of an unlawful agreement is evidence "without the need for additional inferences." *Scharpf* Order at 9-10 (quoting *Am. Chiropractic Ass'n v. Trigon Healthcare, Inc.*, 367 F.3d 212, 226 (4th Cir. 2004)). Plaintiffs claim there is direct evidence but their "evidence" requires inferences, so it is not direct evidence. *See* Mot. at 9-10 (ECF No. 221-1); Reply at 3 (ECF No. 229).

*Second*, *Scharpf* shows why Plaintiffs' circumstantial evidence theory fails. It explains that an inference of a conspiracy from circumstantial evidence requires parallel conduct that "cannot be explained by 'rational and competitive business strategy unilaterally prompted by common perceptions of the market.'" *Scharpf* Order at 8 (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544,

554 (2007)). Here, "the complaint itself gives" a "natural explanation" for unilateral conduct, *Twombly*, 550 U.S. at 568, specifically that each Program Defendant would "struggle to survive" if it did not participate in ASHP's accreditation and Match process. Compl. ¶¶ 60-61; *see also* Mot. at 12-13; Reply at 5-6. That explanation precludes any inference that the challenged parallel conduct arises from a horizontal agreement and compels dismissal under *Twombly*.

*Third*, *Scharpf* declined to decide whether the challenged conduct should be evaluated under the *per se* or rule of reason standard because the court determined there to be factual issues surrounding the no-poach agreement at issue. *Scharpf* Order at 12. The Match is not a no-poach agreement because it provides for limited exclusivity only after programs have finished competing for applicants, whereas no-poach agreements entirely remove competition among employers. *See* Reply at 13-14. And Defendants here have additional reasons why the rule of reason must apply, including that courts have not had any (much less considerable) specific experience evaluating programs like the Match (*see* Mot. at 20-22; Reply at 12-16), and Congress has recognized, in the context of medical residency programs, that programs and residents benefit from the efficiency of matching programs (*see* Mot. at 13; Reply at 14).

Dated:  December 16, 2025                                Respectfully submitted,

                                                         /s/ David Z. Gringer
                                                         David Z. Gringer (admitted *pro hac vice*)
                                                         Thomas K. Bredar (Bar No. 21635)
                                                         Wilmer Cutler Pickering Hale and Dorr LLP
                                                         7 World Trade Center
                                                         250 Greenwich Street
                                                         New York, NY 10007
                                                         Tel.: (212) 230-8800
                                                         Fax: (212) 230-8888
                                                         David.Gringer@wilmerhale.com
                                                         Thomas.Bredar@wilmerhale.com

*Counsel for Defendant Trustees of the University of Pennsylvania*

<u>*/s/ William W. Reichart III* (signed by David Z. Gringer with permission from William W. Reichart III)</u>
David B. Hamilton (Bar No. 04308)
William W. Reichart III (Bar No. 20757)
DLA Piper LLP (US)
650 South Exeter Street
Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001
David.hamilton@us.dlapiper.com
Wes.reichart@us.dlapiper.com

Michael S. Pullos (admitted *pro hac vice*)
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, IL 60606
Tel.: (312) 368-4000
Fax: (312) 236-7516
Michael.pullos@us.dlapiper.com

*Counsel for Defendant UPMC Presbyterian Shadyside*

<u>*/s/ Hannah M. Flesch* (signed by David Z. Gringer with permission from Hannah M. Flesch)</u>
Stephen M. Medlock (admitted *pro hac vice*)
Adam L. Hudes (admitted *pro hac vice*)
Craig P. Seebald (admitted *pro hac vice*)
Hannah M. Flesch (Bar No. 31153)
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel.: (202) 639-6632
Fax: (202) 879-8822
smedlock@velaw.com
ahudes@velaw.com
cseebald@velaw.com
hflesch@velaw.com

*Counsel for Defendant The Johns Hopkins Hospital*

<u>/s/ Renata B. Hesse</u> (signed by David Z. Gringer with permission from Renata B. Hesse)
Amanda F. Davidoff (Bar No. 20125)
Renata B. Hesse (admitted *pro hac vice*)
Sullivan & Cromwell LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
Tel.: (202) 956-7500
Fax: (202) 293-6330
davidoffa@sullcrom.com
hesser@sullcrom.com

Jonathan S. Carter (admitted *pro hac vice*)
Stephen H. O. Clarke (admitted *pro hac vice*)
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
carterjo@sullcrom.com
clarkest@sullcrom.com

*Counsel for Defendant The New York and Presbyterian Hospital*

<u>/s/ Andrew North Cook</u> (signed by David Z. Gringer with permission from Andrew North Cook)
Andrew North Cook (Bar No. 05588)
K&L Gates LLP
1601 K Street NW
Washington, DC 20006
Tel.: (202) 778-9100
andrew.cook@klgates.com

Derek A. Sutton (admitted *pro hac vice*)
K&L Gates LLP
301 Hillsborough Street
Suite 1200
Raleigh, NC 27603
Tel.: (919) 743-7331
derek.sutton@klgates.com

Michael E. Martinez (admitted *pro hac vice*)
Lauren Norris Donahue (admitted *pro hac vice*)
Victoria S. Pereira Duarte (admitted *pro hac vice*)
K&L Gates LLP
70 W. Madison Street
Suite 3100
Chicago, IL 60602
Tel: (312) 807-4218
michael.martinez@klgates.com
lauren.donahue@klgates.com
victoria.duarte@klgates.com

*Counsel for Defendant The Methodist Hospital d/b/a Houston Methodist Hospital*

*/s/ Michael S. Nadel* (signed by David Z. Gringer with permission from Michael S. Nadel)
Michael S. Nadel (Bar No. 16241)
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
Tel.: (202) 756-8113
Fax: (202) 756-8087
mnadel@mwe.com

Ashley Fischer (admitted *pro hac vice*)
Stephen Y. Wu (admitted *pro hac vice*)
Chelsea Mounayer (admitted *pro hac vice*)
McDermott Will & Schulte LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606
Tel.: (312) 984-7766
amfischer@mwe.com
swu@mwe.com
cmounayer@mwe.com

*Counsel for Defendants Northwestern Memorial Hospital, Rush University Medical Center, and Leesburg Regional Medical Center, Inc. d/b/a UF Health Central Florida*

*/s/ Michael Rubin* (signed by David Z. Gringer with permission from Michael Rubin)
James L. Cooper (admitted *pro hac vice*)
Michael Rubin (admitted *pro hac vice*)
Jonathan Ian Gleklen (Bar No. 21350)

        Arnold & Porter Kaye Scholer LLP
        601 Massachusetts Avenue NW
        Washington, DC 20001
        Tel.: (202) 942-6171
        Fax: (202) 942-5999
        james.cooper@arnoldporter.com
        michael.rubin@arnoldporter.com
        jonathan.gleklen@arnoldporter.com

        William H. Efron (admitted *pro hac vice*)
        Esther Ha Yoon Sohn (admitted *pro hac vice*)
        Arnold & Porter Kaye Scholer LLP
        250 West 55th Street
        New York, NY 10019
        Tel.: (212) 836-7121
        Fax: (212) 836-8689
        william.efron@arnoldporter.com
        esther.sohn@arnoldporter.com

        *Counsel for Defendant The University of Chicago Medical Center*

        <u>*/s/ Daniel Zev Herbst*</u> (signed by David Z. Gringer with permission from Daniel Zev Herbst)
        Daniel Zev Herbst (Bar No. 17510)
        Reed Smith LLP
        1301 K Street NW
        Suite 1100 East Tower
        Washington, DC 20005
        Tel.: (202) 414-9232
        Fax: (202) 414-9299
        dbherbst@reedsmith.com

        Courtney Bedell Averbach (admitted *pro hac vice*)
        William J. Sheridan (admitted *pro hac vice*)
        Nicole L. Kaplan (admitted *pro hac vice*)
        Reed Smith LLP
        225 Fifth Avenue
        Suite 1200
        Pittsburgh, PA 15222
        Tel.: (412) 288-3148
        Fax: (412) 288-3063
        caverbach@reedsmith.com
        wsheridan@reedsmith.com
        nkaplan@reedsmith.com

*Counsel for Defendant Allegheny Health Network d/b/a Allegheny General Hospital*

<u>/s/ Christopher C. Yook</u> (signed by David Z. Gringer with permission from Christopher C. Yook)
Christopher C. Yook (Bar No. 31555)
Jeffrey S. Spigel (admitted *pro hac vice*)
Emily B. Marsteller (admitted *pro hac vice*)
Adriana Dunn (admitted *pro hac vice*)
King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
Tel.: (202) 626-3747
Fax: (202) 626-3737
cyook@kslaw.com
jspigel@kslaw.com
emarsteller@kslaw.com
adunn@kslaw.com

Diana Liu (admitted *pro hac vice*)
King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111
Tel.: (415) 318-1203
Fax: (415) 318-1300
dliu@kslaw.com

*Counsel for Defendant The Queen's Health Systems*

<u>/s/ Anthony F. Jankoski</u> (signed by David Z. Gringer with permission from Anthony F. Jankoski)
Kenneth M. Vorrasi (admitted *pro hac vice*)
Jonathan H. Todt (Bar No. 07166)
Anthony F. Jankoski (Bar No. 30570)
Faegre Drinker Biddle & Reath LLP
1500 K Street NW
Suite 1100
Washington, DC 20005
Tel.: (202) 230-5324
Fax: (202) 842-8465
kenneth.vorrasi@faegredrinker.com
jonathan.todt@faegredrinker.com
anthony.jankoski@faegredrinker.com

Ryan M. Hurley (admitted *pro hac vice*)
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street
Suite 2500
Indianapolis, IN 46204
Tel.: (317) 237-1144
Fax: (317) 237-1000
ryan.hurley@faegredrinker.com

*Counsel for Defendant Indiana University Health, Inc.*

<u>*/s/ Stefan Matthew Meisner* (signed by David Z. Gringer with permission from Stefan Matthew Meisner)</u>
Stefan Matthew Meisner (Bar No. 31728)
Paulette Rodriguez Lopez (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel.: (212) 624-2500
Fax: (202) 628-5116
smeisner@crowell.com
prodriguezlopez@crowell.com

Jason C. Murray (admitted *pro hac vice*)
Jordan L. Ludwig (admitted *pro hac vice*)
Crowell & Moring LLP
515 S. Flower Street
40th Floor
Los Angeles, CA 90071
Tel.: (213) 622-4750
Fax: (213) 622-2690
jmurray@crowell.com
jludwig@crowell.com

Luke Taeschler (admitted *pro hac vice*)
Two Manhattan West
375 Ninth Street
New York, NY 10001
Tel.: (212) 223-4000
Fax: (212) 223-4134
ltaeschler@crowell.com

*Counsel for Defendant Kaiser Foundation Health Plan, Inc.*

*/s/ Stacey Grigsby* (signed by David Z. Gringer with permission from Stacey Grigsby)
Derek Ludwin (admitted *pro hac vice*)
Stacey Grigsby (Bar No. 28090)
Jacqeline Fitch (admitted *pro hac vice*)

Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001
Tel.: (202) 662-5775
Fax: (202) 662-6291
dludwin@cov.com
jfitch@cov.com
sgrigsby@cov.com

*Counsel for Defendant David Rubin M.D., MSCE in his Official Capacity as Executive Vice President of University of California Health, the Regents of the University of California*

*/s/ Paul A. Solomon* (signed by David Z. Gringer with permission from Paul A. Solomon)
Paul A. Solomon (Bar No. 19920)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Tel.: (202) 371-7975
Fax: (202) 661-9025
paul.solomon@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Karen Hoffman Lent (admitted *pro hac vice*)
Michael A. Lanci (admitted *pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Tel.: (212) 735-3834
Fax: (917) 777-3834
boris.bershteyn@skadden.com
karen.lent@skadden.com
michael.lanci@skadden.com

*Counsel for Defendant Ascension Health Alliance*

*/s/ Hannah M. Flesch* (signed by David Z. Gringer with permission from Hannah M. Flesch)
Hannah M. Flesch (Bar No. 31153)
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel.: (202) 639-6624
Fax: (202) 639-6604
hflesch@velaw.com

Michael W. Scarborough (admitted *pro hac vice*)
Vinson & Elkins LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel.: (415) 979-6935
Fax: (415) 651-8786
mscarborough@velaw.com

*Counsel for Defendant The Nemours Foundation*

*/s/ Justin P. Murphy* (signed by David Z. Gringer with permission from Justin P. Murphy)
Gilbert S. Keteltas (Bar No. 12679)
Justin P. Murphy (admitted *pro hac vice*)
Matt Schock (admitted *pro hac vice*)
Baker and Hostetler LLP
1050 Connecticut Avenue NW
Suite 110
Washington, DC 20036
Tel.: (202) 861-1530
Fax: (202) 861-1783
gketeltas@bakerlaw.com
jpmurphy@bakerlaw.com
mschock@bakerlaw.com

Bridget S. McCabe (admitted *pro hac vice*)
Baker and Hostetler LLP
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA 90067
Tel.: (310) 442-8844
Fax: (310) 820-8859
bmccabe@bakerlaw.com

*Counsel for Defendant The Cleveland Clinic Foundation*

<u>*/s/ Martha L. Goodman* (signed by David Z. Gringer with permission from Martha L. Goodman)</u>
Martha L. Goodman (Bar No. 31749)
Agbeko C. Petty (admitted *pro hac vice*)
Dunn Isaacson Rhee LLP
401 9th Street NW
Washington, DC 20004
Tel.: (202) 240-2900
mgoodman@dirllp.com
apetty@dirllp.com

*Counsel for Defendant American Society of Health-System Pharmacists, Inc.*

<u>*/s/ Castell Abner III* (signed by David Z. Gringer with permission from Castell Abner III)</u>
Michelle N. Lipkowitz (Bar No. 27188)
Castell Abner III (Bar No. 22328)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
555 12th Street NW
Suite 1100
Washington, DC 20004
Tel.: (202) 434-7300
Fax: (202) 434-7400
mnlipkowitz@mintz.com
cabner@mintz.com

*Counsel for Defendant National Matching Services, Inc.*