IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALBERT, ET AL., *Plaintiffs*, vs. AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., ET AL., *Defendants*. | Civil Action No. 8:25-cv-00673-DLB |

**PLAINTIFFS' RESPONSE TO DR. DAVID RUBIN'S
NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 236)**

Plaintiffs respectfully submit this response to Dr. David Rubin's notice of supplemental authority. *Students Against Racial Discrimination v. Regents of the University of California*, No. 8:25-cv-00192, ECF No. 51 (C.D. Cal. Dec. 16, 2025) ("*SARD* Order") does not support dismissal with prejudice, which is the remedy Dr. Rubin seeks (ECF No. 218).

*First*, *SARD* is factually distinguishable. SARD alleged racial discrimination in student admissions across various University of California institutions—which included undergraduate, medical, and law schools—and sued each University of California chancellor in his or her official capacity. *See SARD* Order at 3 & n.1. The *SARD* chancellor defendants were the highest-ranking administrators at each University of California institution with nominal oversight over unrelated undergraduate, medical, and law schools. Here, Plaintiffs allege a sufficient connection between the challenged conduct and Dr. Rubin's supervisory duties over the medical institutions where the challenged conduct occurs. *See* ECF No. 225, at 4-5 (citing Compl. ¶¶29, 34).

*Second*, *SARD* confirms that leave to amend—not dismissal with prejudice—is the appropriate remedy should the Court find the *Ex parte Young* doctrine does not apply to Dr. Rubin.

The *SARD* court did not hold that University of California officials are categorically immune from suit under *Ex parte Young*. Rather, the *SARD* court explicitly held that it could "not conclude that the Chancellor Defendants ***cannot*** fall within the *Ex parte Young* doctrine." *SARD* Order at 10 (emphasis in original). As a result, the court granted the plaintiff leave to amend. Consistent with the *SARD* court's approach, should the Court here find the allegations against Dr. Rubin are insufficient under *Ex parte Young*, it should grant leave to amend. *See* ECF No. 225, at 7.[1]

Dated:  December 31, 2025  

Respectfully submitted,

/s/ *Stanley J. Reed*
Stanley J. Reed (Bar No. 00315)
Stuart A. Berman (Bar No. 08489)
LERCH, EARLY & BREWER, CHTD.
7600 Wisconsin Ave., Suite 700
Bethesda, MD 20814
Telephone: (301) 654-0729
saberman@lerchearly.com
sjreed@lerchearly.com

*Interim Liaison Counsel for the Proposed Class*

Frank S. Hedin (admitted *pro hac vice*)
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, FL 33131
Telephone: (305) 357-2107
fhedin@hedinllp.com

Tyler K. Somes (admitted *pro hac vice*)
HEDIN LLP
1100 15th St. NW, Suite 04-105K
Washington, D.C. 20005
Telephone: (202) 900-3331
tsomes@hedinllp.com

---

[1] As explained in Plaintiffs' opposition, leave to amend should be permitted not only as to Dr. Rubin but to name other individuals overseeing the UC Health System institutions' participation in the Pharmacy Match. *Id*.

Matthew J. Perez (admitted *pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 233-6334
matt.perez@scott-scott.com

Patrick McGahan (admitted *pro hac vice*)
Erin Dennehy (*pro hac vice* forthcoming)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main St.
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
pmcgahan@scott-scott.com

Carmen Medici (admitted *pro hac vice*)
Joseph Pettigrew (Bar No. 1812120130)
Sean C. Russell (*pro hac vice* pending)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-4565
cmedici@scott-scott.com
jpettigrew@scott-scott.com
srussell@scott-scott.com

*Interim Co-Lead Counsel for the Proposed Class*

Daniel E. Gustafson
Michelle J. Looby
Anthony J. Stauber
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 So. Sixth St., Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
mlooby@gustafsongluek.com
tstauber@gustafsongluek.com

Christopher V. Le
BOISEBATTIN LLP
4041 University Dr., 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
cle@boiesbattin.com

Dianne M. Nast
Michele S. Burkholder
Joanne E. Matusko
Michael S. Tarringer
NASTLAW LLC
1101 Market St., Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com
mburkholder@nastlaw.com
jmatusko@nastlaw.com
mtarringer@nastlaw.com

*Additional Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 31, 2025, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                                                   /s/ *Stuart A. Berman*

                                                                     Stuart A. Berman