**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALEXIS ALBERT ET AL.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>AMERICAN SOCIETY OF HEALTH-<br>SYSTEM PHARMACISTS, INC. ET AL.,<br><br>    *Defendants.* | Civil Action No. 8:25-cv-00673-DLB |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 243)**

Defendants respectfully submit this response to Plaintiffs' Notice of Supplemental Authority (ECF No. 243), which asks this Court to consider an interim staff report by the Judiciary Committee of the United States House of Representatives entitled "Medical Mis-Match: How a Residency Hiring Monopoly Harms Patients, Doctors, and the American Public" (the "Interim Staff Report"). The Court should disregard Plaintiffs' purported supplemental authority in its entirety because the Interim Staff Report is not proper supplemental authority and does not reflect the intent of Congress.

### I.    The Interim Staff Report Is Not Appropriate "Supplemental Authority"

Notices of supplemental authority are intended to serve the narrow purpose of bringing to the Court's attention new judicial decisions, statutes, or regulations that bear on the pending legal issues. *See Foshee v. AstraZeneca Pharms. LP*, No. CV SAG-23-00894, 2023 WL 6845425, at *1 n.1 (D. Md. Oct. 17, 2023) (rejecting filings captioned as some form of "Notice of Supplemental Authority" that did not provide a new judicial opinion issued after briefing concluded). The Interim

Staff Report is none of these things. It is neither a new judicial opinion interpreting the Sherman Act, nor a statute amending the Act. Plaintiffs' attempt to pass off an interim policy document from a Congressional Committee as legal authority should be rejected.

**II.      The Interim Staff Report Does Not Represent Congressional Intent**

The Interim Staff Report also should be afforded no weight because it does not reflect the intent of Congress. Congress speaks through enacted laws, not interim committee reports. *See Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 568 (2005) (cautioning that "judicial reliance on legislative materials like committee reports . . . may give unrepresentative committee members—or, worse yet, unelected staffers and lobbyists—both the power and the incentive to attempt strategic manipulations of legislative history to secure results they were unable to achieve through the statutory text.").

Congress has already spoken on this subject. In 2004, it found the medical residency match "highly efficient, pro-competitive, and long-standing." 15 U.S.C. § 37b(a)(1)(E). Moreover, Congress found that before matching, the process was "inefficient, chaotic, and unfair." *Id.* at § 37b(a)(1)(B). As a result, Congress granted the medical residency match an antitrust exemption. *Id*. at § 37b(b)(2). The Interim Staff Report cannot override Congress's enacted findings.

****

For the foregoing reasons, the Court should disregard Plaintiffs' Notice of Supplemental Authority, and grant Defendants' Motion to Dismiss for the reasons stated in Defendants' prior briefing.

2

Dated:  May 19, 2026

Respectfully submitted,

*/s/ Adam L. Hudes*
Adam L. Hudes (admitted *pro hac vice*)
Stephen M. Medlock (admitted *pro hac vice*)
Craig P. Seebald (admitted *pro hac vice*)
Hannah M. Flesch (Bar No. 31153)
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel.: (202) 639-6632
Fax: (202) 879-8822
ahudes@velaw.com
smedlock@velaw.com
cseebald@velaw.com
hflesch@velaw.com

*Counsel for Defendant The Johns Hopkins Hospital*

*/s/ William W. Reichart III* (signed by Adam L.
Hudes with permission from William W. Reichart
III)
David B. Hamilton (Bar No. 04308)
William W. Reichart III (Bar No. 20757)
DLA Piper LLP (US)
650 South Exeter Street
Suite 1100
Baltimore, MD 21202
Tel.: (410) 580-3000
Fax: (410) 580-3001
David.hamilton@us.dlapiper.com
Wes.reichart@us.dlapiper.com

Michael S. Pullos (admitted *pro hac vice*)
DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, IL 60606
Tel.: (312) 368-4000
Fax: (312) 236-7516
Michael.pullos@us.dlapiper.com

*Counsel for Defendant UPMC Presbyterian
Shadyside*

3

/s/ David Z. Gringer (singed by Adam L. Hudes with permission from David Z. Gringer)
David Z. Gringer (admitted *pro hac vice*)
Thomas K. Bredar (Bar No. 21635)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
David.Gringer@wilmerhale.com
Thomas.Bredar@wilmerhale.com

*Counsel for Defendant Trustees of the University of Pennsylvania*

/s/ Renata B. Hesse (signed by Adam L. Hudes with permission from Renata B. Hesse)
Amanda F. Davidoff (Bar No. 20125)
Renata B. Hesse (admitted *pro hac vice*)
Sullivan & Cromwell LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
Tel.: (202) 956-7500
Fax: (202) 293-6330
davidoffa@sullcrom.com
hesser@sullcrom.com

Jonathan S. Carter (admitted *pro hac vice*)
Stephen H. O. Clarke (admitted *pro hac vice*)
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
carterjo@sullcrom.com
clarkest@sullcrom.com

*Counsel for Defendant The New York and Presbyterian Hospital*

/s/ Andrew North Cook (signed by Adam L. Hudes with permission from Andrew North Cook)
Andrew North Cook (Bar No. 05588)

4

K&L Gates LLP
1601 K Street NW
Washington, DC 20006
Tel.: (202) 778-9100
andrew.cook@klgates.com

Derek A. Sutton (admitted *pro hac vice*)
K&L Gates LLP
301 Hillsborough Street
Suite 1200
Raleigh, NC 27603
Tel.: (919) 743-7331
derek.sutton@klgates.com

Michael E. Martinez (admitted *pro hac vice*)
Lauren Norris Donahue (admitted *pro hac vice*)
Victoria S. Pereira Duarte (admitted *pro hac vice*)
K&L Gates LLP
70 W. Madison Street
Suite 3100
Chicago, IL 60602
Tel: (312) 807-4218
michael.martinez@klgates.com
lauren.donahue@klgates.com
victoria.duarte@klgates.com

*Counsel for Defendant The Methodist Hospital d/b/a Houston Methodist Hospital*

<u>*/s/ Michael S. Nadel* (signed by Adam L. Hudes with permission from Michael S. Nadel)</u>
Michael S. Nadel (Bar No. 16241)
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
Tel.: (202) 756-8113
Fax: (202) 756-8087
mnadel@mwe.com

Ashley Fischer (admitted *pro hac vice*)
Stephen Y. Wu (admitted *pro hac vice*)
Chelsea Mounayer (admitted *pro hac vice*)
McDermott Will & Schulte LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606
Tel.: (312) 984-7766

5

amfischer@mwe.com
swu@mwe.com
cmounayer@mwe.com

*Counsel for Defendants Northwestern Memorial Hospital, Rush University Medical Center, and Leesburg Regional Medical Center, Inc. d/b/a UF Health Central Florida*

*/s/ Michael Rubin* (signed by Adam L. Hudes with permission from Michael Rubin)
James L. Cooper (admitted *pro hac vice*)
Michael Rubin (admitted *pro hac vice*)
Jonathan Ian Gleklen (Bar No. 21350)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel.: (202) 942-6171
Fax: (202) 942-5999
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com
jonathan.gleklen@arnoldporter.com

William H. Efron (admitted *pro hac vice*)
Esther Ha Yoon Sohn (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Tel.: (212) 836-7121
Fax: (212) 836-8689
william.efron@arnoldporter.com
esther.sohn@arnoldporter.com

*Counsel for Defendant The University of Chicago Medical Center*

*/s/ Daniel Zev Herbst* (signed by Adam L. Hudes with permission from Daniel Zev Herbst)
Daniel Zev Herbst (Bar No. 17510)
Reed Smith LLP
1301 K Street NW
Suite 1100 East Tower
Washington, DC 20005
Tel.: (202) 414-9232
Fax: (202) 414-9299
dbherbst@reedsmith.com

6

Courtney Bedell Averbach (admitted *pro hac vice*)
William J. Sheridan (admitted *pro hac vice*)
Nicole L. Kaplan (admitted *pro hac vice*)
Reed Smith LLP
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
Tel.: (412) 288-3148
Fax: (412) 288-3063
caverbach@reedsmith.com
wsheridan@reedsmith.com
nkaplan@reedsmith.com

*Counsel for Defendant Allegheny Health Network
d/b/a Allegheny General Hospital*

/s/ Christopher C. Yook (signed by Adam L. Hudes
with permission from Christopher C. Yook)
Christopher C. Yook (Bar No. 31555)
Jeffrey S. Spigel (admitted *pro hac vice*)
Emily B. Marsteller (admitted *pro hac vice*)
Adriana Dunn (admitted *pro hac vice*)
King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
Tel.: (202) 626-3747
Fax: (202) 626-3737
cyook@kslaw.com
jspigel@kslaw.com
emarsteller@kslaw.com
adunn@kslaw.com

Diana Liu (admitted *pro hac vice*)
King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111
Tel.: (415) 318-1203
Fax: (415) 318-1300
dliu@kslaw.com

*Counsel for Defendant The Queen's Health Systems*

/s/ Anthony F. Jankoski (signed by Adam L. Hudes

with permission from Anthony F. Jankoski)
Kenneth M. Vorrasi (admitted *pro hac vice*)
Jonathan H. Todt (Bar No. 07166)
Anthony F. Jankoski (Bar No. 30570)
Faegre Drinker Biddle & Reath LLP
1500 K Street NW
Suite 1100
Washington, DC 20005
Tel.: (202) 230-5324
Fax: (202) 842-8465
kenneth.vorrasi@faegredrinker.com
jonathan.todt@faegredrinker.com
anthony.jankoski@faegredrinker.com

Ryan M. Hurley (admitted *pro hac vice*)
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street
Suite 2500
Indianapolis, IN 46204
Tel.: (317) 237-1144
Fax: (317) 237-1000
ryan.hurley@faegredrinker.com

*Counsel for Defendant Indiana University Health, Inc.*

*/s/ Stefan Matthew Meisner* (signed by Adam L. Hudes with permission from Stefan Matthew Meisner)
Stefan Matthew Meisner (Bar No. 31728)
Paulette Rodriguez Lopez (admitted *pro hac vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel.: (212) 624-2500
Fax: (202) 628-5116
smeisner@crowell.com
prodriguezlopez@crowell.com

Jason C. Murray (admitted *pro hac vice*)
Jordan L. Ludwig (admitted *pro hac vice*)
Crowell & Moring LLP
515 S. Flower Street
40th Floor
Los Angeles, CA 90071
Tel.: (213) 622-4750

8

Fax: (213) 622-2690
jmurray@crowell.com
jludwig@crowell.com

Luke Taeschler (admitted *pro hac vice*)
Two Manhattan West
375 Ninth Street
New York, NY 10001
Tel.: (212) 223-4000
Fax: (212) 223-4134
ltaeschler@crowell.com

*Counsel for Defendant Kaiser Foundation Health Plan, Inc.*

*/s/ Stacey Grigsby* (signed by Adam L. Hudes with permission from Stacey Grigsby)
Derek Ludwin (admitted *pro hac vice*)
Stacey Grigsby (Bar No. 28090)
Jacqueline Fitch (admitted *pro hac vice*)

Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001
Tel.: (202) 662-5775
Fax: (202) 662-6291
dludwin@cov.com
jfitch@cov.com
sgrigsby@cov.com

*Counsel for Defendant David Rubin M.D., MSCE in his Official Capacity as Executive Vice President of University of California Health, the Regents of the University of California*

*/s/ Paul A. Solomon* (signed by Adam L. Hudes with permission from Paul A. Solomon)
Paul A. Solomon (Bar No. 19920)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Tel.: (202) 371-7975
Fax: (202) 661-9025
paul.solomon@skadden.com

9

Boris Bershteyn (admitted *pro hac vice*)
Karen Hoffman Lent (admitted *pro hac vice*)
Michael A. Lanci (admitted *pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Tel.: (212) 735-3834
Fax: (917) 777-3834
boris.bershteyn@skadden.com
karen.lent@skadden.com
michael.lanci@skadden.com

*Counsel for Defendant Ascension Health Alliance*

*/s/ Hannah M. Flesch* (signed by Adam L. Hudes
with permission from Hannah M. Flesch)
Hannah M. Flesch (Bar No. 31153)
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel.: (202) 639-6624
Fax: (202) 639-6604
hflesch@velaw.com

Michael W. Scarborough (admitted *pro hac vice*)
Vinson & Elkins LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel.: (415) 979-6935
Fax: (415) 651-8786
mscarborough@velaw.com

*Counsel for Defendant The Nemours Foundation*

*/s/ Justin P. Murphy* (signed by Adam L. Hudes with
permission from Justin P. Murphy)
Gilbert S. Keteltas (Bar No. 12679)
Justin P. Murphy (admitted *pro hac vice*)
Matt Schock (admitted *pro hac vice*)
Baker and Hostetler LLP
1050 Connecticut Avenue NW
Suite 110
Washington, DC 20036
Tel.: (202) 861-1530

Fax: (202) 861-1783
gketeltas@bakerlaw.com
jpmurphy@bakerlaw.com
mschock@bakerlaw.com

Bridget S. McCabe (admitted *pro hac vice*)
Baker and Hostetler LLP
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA 90067
Tel.: (310) 442-8844
Fax: (310) 820-8859
bmccabe@bakerlaw.com

*Counsel for Defendant The Cleveland Clinic Foundation*

/s/ *Martha L. Goodman* (signed by Adam L. Hudes with permission from Martha L. Goodman)
Martha L. Goodman (Bar No. 31749)
Agbeko C. Petty (admitted *pro hac vice*)
Dunn Isaacson Rhee LLP
401 9th Street NW
Washington, DC 20004
Tel.: (202) 240-2900
mgoodman@dirllp.com
apetty@dirllp.com

*Counsel for Defendant American Society of Health-System Pharmacists, Inc.*

/s/ *Castell Abner III* (signed by Adam L. Hudes with permission from Castell Abner III)
Michelle N. Lipkowitz (Bar No. 27188)
Castell Abner III (Bar No. 22328)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
555 12th Street NW
Suite 1100
Washington, DC 20004
Tel.: (202) 434-7300
Fax: (202) 434-7400
mnlipkowitz@mintz.com
cabner@mintz.com

*Counsel for Defendant National Matching Services, Inc.*

11