**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ALEXIS ALBERT,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civ. No. DLB-25-673** |
| **AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS,** *et al.*, | * | |
| | * | |
| **Defendants.** | | |

**ORDER**

For the reasons stated in the memorandum opinion issued today, it is this 12th day of August, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The motion to dismiss filed by Leesburg Regional Medical Center, Inc. d/b/a UF Health Central Florida, ECF 219, IS DENIED;

2. The motions to dismiss filed by Dr. David Rubin, M.D., MSCE, in his official capacity as Executive Vice President of University of California Health, The Regents of the University of California ("Dr. Rubin") and National Matching Services, Inc. ("NMS"), ECF 218 & 220, ARE GRANTED;

3. The claims against Dr. Rubin and NMS ARE DISMISSED without prejudice for lack of personal jurisdiction;

4. The defendants' joint motion to dismiss, ECF 221, IS GRANTED;

5. The plaintiffs' claims against all defendants except Dr. Rubin and NMS ARE DISMISSED without prejudice for failure to state a claim;

6. The plaintiffs' request for leave to file an amended complaint IS GRANTED;

7.  If the plaintiffs wish to file an amended complaint, they SHALL DO SO, accompanied by a redlined version, by September 11, 2026; and

8.  If the plaintiffs do not file an amended complaint by September 11, 2026, the claims against all defendants except Dr. Rubin and NMS SHALL BE DISMISSED with prejudice and the Clerk SHALL CLOSE this case.

_____
Deborah L. Boardman
United States District Judge

2