# EXHIBIT 1

# American Society of Health-System Pharmacists
# RESIDENT MATCHING PROGRAM
# RESIDENCY AGREEMENT

This organization, residency and program(s) agree to participate in and abide by this Agreement for the American Society of Health-System Pharmacists ("ASHP") Resident Matching Program (the "Match") for pharmacy residency positions that start training between June 1, 2027 and December 31, 2027, as stated below. In particular, this organization, residency and program(s) agree to:

1. Participate as a corporate entity in the Match.
2. Abide by the Rules of the ASHP Pharmacy Resident Matching Program ("ASHP Match Rules") established by ASHP as shown on the Match website (natmatch.com/ashprmp), which are incorporated by reference in and are an integral part of this Agreement.
3. Abide by the Schedule of Dates of the Match as shown on the Match website (natmatch.com/ashprmp) which is incorporated by reference in and is an integral part of this Agreement.
4. Offer in Phase I of the Match all positions available in the residency, except for Department of Defense and Public Health Service positions offered exclusively to commissioned pharmacy officers, positions in Indian Health Service residencies, or positions offered in residencies outside of the United States that have been exempted by ASHP. Furthermore, positions left unfilled in Phase I of the Match must be offered in Phase II of the Match if the program still intends to fill the position(s), in accordance with ASHP Match Rules. However, positions for which funding is not assured must not be offered in the Match. All position(s) offered in the Match must be in programs that are ASHP-accredited, or are in a candidate or pre-candidate status.
5. Provide complete and accurate information to applicants prior to the Rank Order List deadline for each Phase of the Match concerning the position(s) offered in the Match, including all organizational, residency and program policies related to eligibility requirements for appointment.
6. Notify National Matching Services Inc. of any changes in the programs or positions available by the Rank Order List Deadline for each Phase of the Match.
7. Require no commitment from any applicant and make no offer of appointment to any applicant prior to the release of the results for Phase I of the Match, except for PGY2 residency positions that may be committed to PGY1 residents in accordance with the Early Commitment Process. Furthermore, require no commitment from any applicant and make no offer of appointment to any applicant prior to the release of the results for Phase II of the Match for any position that is offered in Phase I but not filled in Phase I or that is added for Phase II of the Match.
8. Offer an appointment to each applicant matched with this residency.
9. Contact each applicant matched with this residency in writing within 30 days of the Match results release date for each Phase of the Match, as specified in the ASHP Match Rules.
10. Not offer a position to any applicant who was matched elsewhere, or committed elsewhere through the Early Commitment Process, and who has not received a written release from the residency program concerned.
11. Include any position that does not fill in Phase II of the Match, and that remains available to applicants after the Match, on the list of programs with unfilled positions, which is made available to applicants and others.

Programs and applicants may freely communicate about matters that do not include the sharing of ranking information. A program may voluntarily inform an applicant as to whether or not the applicant remains under consideration for admission, but is not obliged to do so. Programs must never request ranking information from any applicant, and applicants must never request ranking information from any program. Prior to the release of the Phase II Match results, neither party (applicant or program) may disclose to the other party any information regarding the positioning of any applicant or program on a Rank Order List. Furthermore, any expression of interest made during the discussion between a program and an applicant is subject to change based on further considerations.

The Rank Order List submitted by each program for each Phase of the Match is the sole determinant of the program's order of preference for applicants in that Phase of the Match. Similarly, the Rank Order List submitted by each applicant for each Phase of the Match is the sole determinant of the applicant's order of preference for programs in that Phase of the Match.

This organization, residency and program(s) agree to the Terms of Use and Privacy Policies of the Match websites, as shown at natmatch.com/ashprmp, and agree that NMS may contact the program by email and/or phone regarding its participation in the ASHP Resident Matching Program.

Information concerning the participation of the program(s) in the Match, including the program(s) status and results, may be reported to participants in the Match, as well as to ASHP, and to other parties deemed appropriate by ASHP.

**ASHP possesses beneficiary standing to enforce this Agreement, and violations of the terms of this Agreement or the ASHP Match Rules will be reported to ASHP.** If this organization or residency violates any of the terms of this Agreement or the ASHP Match Rules, such as not offering an appointment to an applicant who has matched with the residency, or offering an appointment to an applicant who has matched to another residency, ASHP may pursue all available remedies and impose penalties on this organization, residency and/or program(s), including forfeiture of ASHP accreditation status.